IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DEVIN G. NUNES,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 4:21-cv-608 |
| **NBCUNIVERSAL MEDIA, LLC,** | § § § | |
| Defendant. | § § | |

**DEFENDANT NBCUNIVERSAL MEDIA, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NBCUniversal Media, LLC ("NBCU") submits the following corporate disclosure statement:

NBCU is indirectly owned by Comcast Corporation, which is a publicly held corporation. No other publicly held corporation owns ten percent or more of NBCU's stock.

Respectfully submitted,

By: */s/ Laura Lee Prather*
Laura Lee Prather
State Bar No. 16234200
laura.prather@haynesboone.com
HAYNES AND BOONE, LLP
600 Congress Ave., Ste. 1300
Austin, Texas 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 28th day of October, 2021, a true and correct copy of the foregoing document was forwarded via e-filing and/or facsimile to the following counsel of record:

Madhu Sekharan
16614 Radiant Lilac Trl
Cypress, TX 77433-6365
281-304-6369 (phone)
MSekharanAttorney@outlook.com

                                        */s/ Laura Lee Prather*
                                        Laura Lee Prather