UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
DEVIN G. NUNES,                                                  :
                                                                 :   Case No.: 22-cv-1633 (PKC)
                              Plaintiff,                         :
                                                                 :   Hon. P. Kevin Castel
              - against -                                        :   United States District Judge
                                                                 :
NBCUNIVERSAL MEDIA, LLC,                                         :   **ORAL ARGUMENT REQUESTED**
                                                                 :
                              Defendant.                         :
---------------------------------------------------------------- x

# NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, Declaration of Jeremy A. Chase executed on May 27, 2022, and all exhibits annexed thereto, and all pleadings herein, Defendant NBCUniversal Media, LLC ("NBCU") hereby moves before the Honorable P. Kevin Castel, United States District Judge, Southern District of New York, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint in this action in its entirety and with prejudice.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order by the Honorable P. Kevin Castel, Plaintiff's opposition papers are due by June 17, 2022, and Defendant's reply papers are due by July 1, 2022.  (*See* Dkt. 43.)

Dated: May 27, 2022                       Respectfully submitted,

                                          By:  /s/ *Elizabeth A. McNamara*
                                          Elizabeth A. McNamara
                                          Jeremy A. Chase
                                          DAVIS WRIGHT TREMAINE LLP
                                          1251 Avenue of the Americas 21st Floor
                                          New York, NY  10020-1104
                                          Phone: (212) 489-8230
                                          Fax:   (212) 489-8340
                                          Email: lizmcnamara@dwt.com
                                                 jeremychase@dwt.com

2

Selina MacLaren (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Phone: (213) 633-6800
Fax:    (213) 633-6899
Email:  selinamaclaren@dwt.com

*Attorneys for Defendant NBCUniversal Media, LLC*

4812-1679-1013v.1 0049264-000095