UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
DEVIN G. NUNES,                                                            22-cv-1633 (PKC)

                    Plaintiff,                                          ORDER

        -against-

NBCUNIVERSAL MEDIA LLC,

                    Defendant.
-----------------------------------------------------
CASTEL, District Judge

        The Court will hear argument on defendant's motion to dismiss on September 22, 2022 at 3 p.m. in Courtroom 11D.

        SO ORDERED.

                                                          P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
           August 10, 2022