

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Elizabeth A. McNamara**
212-489-8230 tel
212-489-8340 fax

lizmcnamara@dwt.com

August 10, 2022

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

      Re:    *Nunes v. NBCUniversal Media, LLC*, Case No. 22-cv-1633 (PKC)

Dear Judge Castel:

      We are counsel to Defendant NBCUniversal Media, LLC ("NBCU") in this action. Earlier today, the Court scheduled oral argument on NBCU's Motion to Dismiss for September 22, 2022 at 3:00 p.m. Lead counsel for NBCU, Elizabeth McNamara will be traveling overseas the week of September 19 through September 23 and would be unable to attend and participate in the argument. As such, NBCU respectfully requests pursuant to Rule 1.B. of the Court's Individual Practices, on consent of the Plaintiff, that the Court adjourn oral argument from September 22, 2022 to any of the following days agreed upon by the parties: September 28 – September 29, October 3, October 11 – 13, or the Court's next availability thereafter. No prior requests for an adjournment have been made with respect to the date for oral argument.

      Thank you for your consideration.

                  Respectfully submitted,

                  *Elizabeth A. McNamara*

                  Elizabeth A. McNamara

cc:    Counsel of record (via ECF)

**DWT.COM**

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.