

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Elizabeth A. McNamara**
212-489-8230 tel
212-489-8340 fax

lizmcnamara@dwt.com

January 19, 2023

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

  Re: <u>Nunes v. NBCUniversal Media, LLC</u>, Case No. 22-cv-1633 (PKC)

Dear Judge Castel:

  We are counsel to Defendant NBCUniversal Media, LLC ("NBCU") in this action. We write jointly with counsel to Plaintiff Devin Nunes to inform the Court that the parties have conferred and prepared the attached proposed Case Management Plan and Scheduling Order pursuant to Rule 2 of Your Honor's Individual Practices. The parties do not believe that an additional Initial Pretrial Conference with the Court is necessary at this time, however we will, of course, appear at the Court's convenience if the Court should So Order it.

  Thank you for your consideration.

           Respectfully submitted,

           */s/ Elizabeth A. McNamara*

           Elizabeth A. McNamara

cc: Counsel of record (via ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.