# EXHIBIT I

## Settelmayer, Alexandra

| | |
|---|---|
| **From:** | Steven S. Biss <stevenbiss@earthlink.net> |
| **Sent:** | Thursday, April 27, 2023 6:00 PM |
| **To:** | McNamara, Elizabeth |
| **Cc:** | Chase, Jeremy; Settelmayer, Alexandra |
| **Subject:** | Re: Nunes v NBCU - Third-party subpoenas |

**[EXTERNAL]**

Liz,

Subject to future agreement as to the location and dates of any depositions, I will accept the subpoenas.

**From:** McNamara, Elizabeth
**Sent:** Thursday, April 27, 2023 2:49 PM
**To:** Steven S. Biss
**Cc:** Chase, Jeremy ; Settelmayer, Alexandra
**Subject:** Nunes v NBCU - Third-party subpoenas

Steven,

Attached are subpoenas for Jennifer Morrow, Jack Langer, Nicholas Ciarlante, George Pappas, and Derek Harvey. Per our earlier email correspondence, the dates listed in the subpoenas are holding dates. We will work cooperatively with you to schedule each deposition after we receive documents from these individuals.

Additionally, we have attached a subpoena for Jilian Souza (née Plank). Are you authorized to accept service on her behalf?

Liz

**Elizabeth McNamara** | Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor | New York, NY 10020
Tel: (212) 603-6437 | Fax: (212) 379-5237
Email: lizmcnamara@dwt.com | Website: www.dwt.com


Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
https://truthsocial.com/@stevenbiss

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that

1

may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.