UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DEVIN G. NUNES,

                              Plaintiff,                        22-CV-01633 (PKC)(SN)

            -against-                                  **ORDER**

NBCUNIVERSAL MEDIA, LLC,

                              Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On June 14, 2023, the Honorable P. Kevin Castel referred this case to my docket for general pretrial supervision. On June 2, 2023, Defendant identified two global deficiencies in Plaintiff's discovery responses. Defendant alleges that Plaintiff has failed to preserve relevant records and failed to identify complete contact information he identifies as former staff members. Plaintiff maintains that he had no documents relating to this action in his possession or control when he left Congress and that all preserved documents have already been produced. In his June 8, 2023 letter, Plaintiff also identified deficiencies in Defendant's discovery responses. To date, Defendant has yet to respond.

      Accordingly, a conference to discuss the discovery issues raised in the parties' discovery letters is scheduled for June 27, 2023, at 3:00 p.m.

At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   June 21, 2023
         New York, New York