```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DEVIN G. NUNES,

                           Plaintiff,              22-CV-01633 (PKC)(SN)

          -against-                                       ORDER

NBCUNIVERSAL MEDIA, LLC,

                           Defendant.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2023

**SARAH NETBURN, United States Magistrate Judge:**

As discussed at the June 27, 2023 discovery conference, Plaintiff's counsel is ORDERED to confirm with the Plaintiff and Plaintiff's former staffers whether any written communications existed concerning the issues raised in this case, including (without limitation) any communications sent in preparation for or in response to the July 2020 House Intelligence Committee hearing. This would include email and text messaging, among other communication platforms, on personal or congressional-issued devices. By July 7, 2023, Plaintiff's counsel shall notify Defendant in writing whether such communications existed and if so, whether they were preserved; or if it is Plaintiff's position that no such communications would have existed.

With respect to the issues raised in Plaintiff's July 8, 2023 letter, the parties are ORDERED to meet and confer regarding any discovery disputes.

The parties shall file a joint status letter raising any discovery disputes by July 31, 2023.

The fact discovery deadline is extended to November 2, 2023, with an internal deadline to complete depositions and serve Requests to Admit by October 2, 2023. A status letter shall be filed by September 22, 2023. Any party that wishes to file a motion for summary judgment shall

file a pre-motion letter with Judge Castel by November 16, 2023. The parties are encouraged to discuss settlement and, if appropriate, request a settlement conference with the Court. Settlement conferences are typically scheduled for six to eight weeks from when they are requested, and litigation deadlines will not be adjourned to accommodate late requests.

      The Clerk of Court is respectfully requested to terminate the motions at ECF Nos. 65, 66, and 70.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    June 28, 2023
               New York, New York