UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DEVIN G. NUNES,

                         **Plaintiff,**                                   22-CV-01633 (PKC)(SN)

                   -against-                                       **ORDER**

NBCUNIVERSAL MEDIA, LLC,

                        **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On July 31, 2023, the parties filed a joint status letter updating the Court on the outstanding disputes related to their discovery requests and the location of Plaintiff's deposition. Given the volume of issues, the Court directs that the parties appear for an in-person conference on Friday, August 11, 2023, at 3:00 p.m. in the Thurgood Marshall U.S. Courthouse, Courtroom 219, New York, New York.

The Court, however, can easily dispense with one dispute: Plaintiff's deposition shall be conducted either in New York, New York or Los Angeles, California.

**SO ORDERED.**

*(signature)*
SARAH NETBURN
United States Magistrate Judge

DATED:      August 1, 2023
                 New York, New York