

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Elizabeth A. McNamara**
212.489.8230 tel
212.489.340 fax

lizmcnamara@dwt.com

February 2, 2024

**VIA ECF**

Hon. Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    ***Devin G. Nunes v. NBCUniversal Media, LLC*, l:22-cv-01633-PKC-SN**

Dear Magistrate Judge Netburn:

    Plaintiff Devin G. Nunes ("Plaintiff") and Defendant NBCUniversal Media, LLC ("NBCU") respectfully submit this joint letter in accordance with the Court's January 29, 2024 Order (Dkt. 89).  On February 1, 2024, the Parties held a meet and confer to address NBCU's concerns regarding preservation and production of documents in this litigation.  The Parties remain at impasse and NBCU believes that these issues require the Court's intervention.  Accordingly, the Parties write to propose a briefing schedule.

    The Parties propose that NBCU will file its letter brief by February 13, 2024 and Plaintiff will file its response by February 27, 2024.

    The Parties thank the Court for its time and attention to this matter.

Hon. Sarah Netburn
February 2, 2024
Page 2


Respectfully Submitted,

| | |
|---|---|
| /s/ Elizabeth A. McNamara | /s/ Jason Greaves |
| Elizabeth A. McNamara | Jason Greaves |
| Jeremy A. Chase | Shawn Flynn |
| Alexandra M. Settelmayer | BINNALL LAW GROUP |
| DAVIS WRIGHT TREMAINE LLP | 717 King Street, Suite 200 |
| 1251 Avenue of the Americas, 21st Floor | Alexandria, VA 22314 |
| New York, NY 10020 | Tel: (703) 888-1943 |
| Tel: (212) 489-8230 | Email: jason@binnall.com |
| Email: lizmcnamara@dwt.com |        shawn@binnall.com |
|        jeremychase@dwt.com | |
|        alexandrasettelmayer@dwt.com | *Attorneys for Plaintiff Devin G. Nunes* |

*Attorneys for Defendant*
*NBCUniversal Media, LLC*