

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Elizabeth A. McNamara**
212-489-8230 tel
212-489-8340 fax

lizmcnamara@dwt.com

March 4, 2024

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

Conference is adjourned from March 12, 2024 to June 25, 2024 at 12:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 3/5/2024

_____
P. Kevin Castel
United States District Judge

Re:   *Devin G. Nunes v. NBCUniversal Media, LLC*, 1:22-cv-01633-PKC-SN

Dear Judge Castel:

Plaintiff Devin G. Nunes ("Plaintiff") and Defendant NBCUniversal Media, LLC ("NBCU") respectfully submit this joint letter regarding the Case Management Conference that is presently scheduled for March 12, 2024 at 2 pm (the "Conference"). The Parties respectfully request, pursuant to Rule 1.C. of the Court's Individual Practices, that the Conference be adjourned because fact discovery is still ongoing. Specifically, on November 16, 2023, Magistrate Judge Netburn ordered that the deadline for fact discovery be extended from February 23, 2024 to April 24, 2024 (Dkt. 86). Although the fact discovery deadline was adjourned, the Conference was not rescheduled. Likewise, the parties have briefed and are awaiting decision on two key discovery disputes, both of which have delayed completion of fact discovery. No prior requests for an adjournment have been made with respect to the Conference

Thank you for your consideration.

Respectfully Submitted,

_____          /s/ Jason Greaves
Elizabeth A. McNamara                  Jason Greaves
Jeremy A. Chase                        Shawn Flynn
Alexandra M. Settelmayer               BINNALL LAW GROUP
DAVIS WRIGHT TREMAINE LLP              717 King Street, Suite 200
1251 Avenue of the Americas, 21st Floor   Alexandria, VA 22314
New York, NY 10020                     Tel: (703) 888-1943
Tel: (212) 489-8230                    Email: jason@binnall.com
Email: lizmcnamara@dwt.com                    shawn@binnall.com

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4863-7981-4314v.1 0020040-000177

Hon. P. Kevin Castel
March 4, 2024
Page 2

      jeremychase@dwt.com
      alexandrasettelmayer@dwt.com      *Attorneys for Plaintiff Devin G. Nunes*

*Attorneys for Defendant*
*NBCUniversal Media, LLC*

4863-7981-4314v.1 0020040-000177