UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DEVIN G. NUNES,

                             **Plaintiff,**                  22-CV-01633 (PKC)(SN)

           -against-                                  **ORDER**

NBCUNIVERSAL MEDIA, LLC,

                             **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Nunes previously requested leave to file portions of a supplemental letter and an accompanying exhibit under seal. See ECF No. 110. The Court granted Nunes's request on an interim basis, and Nunes filed the entire supplemental letter under seal. See ECF No. 111.

      Having now issued a decision on the underlying motion, the Court reaffirms its grant of Nunes's motion to seal portions of his letter. The letter references, and the exhibit represents, confidential email negotiations between counsel. The Court did not rely on these communications in reaching its decision and so they are not judicial documents subject to a presumption of public access. There is also no right of public access to such confidential communications. Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). That portion of the letter that does not reference confidential communications, however, should not be sealed.

      Accordingly, Nunes is ORDERED to file a redacted version of the letter by Monday, May 13, 2024. Starting at the bottom of page 2, Nunes may redact the text starting after "Defendant had the opportunity . . ." until and exclusive of the last sentence in the letter. Nunes

may redact the two footnotes except any legal arguments or case citations. The entire exhibit should be redacted.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   May 8, 2024
         New York, New York