

```
                                                          21st Floor
                                                          1251 Avenue of the Americas
                                                          New York, NY  10020-1104

                                                          Elizabeth A. McNamara
                                                          212-489-8230 tel
                                                          212-489-8340 fax

                                                          lizmcnamara@dwt.com
```

**Application GRANTED. Conference adjourned to October 8, 2024 at 12 p.m. in Courtroom 11D. SO ORDERED.**
**6/12/2024**

*[signature]*
P. Kevin Castel
United States District Judge

June 12, 2024

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

Re:   *Devin G. Nunes v. NBCUniversal Media, LLC*, 1:22-cv-01633-PKC-SN

Dear Judge Castel:

Plaintiff Devin G. Nunes ("Plaintiff") and Defendant NBCUniversal Media, LLC ("NBCU") respectfully submit this joint letter regarding the Case Management Conference that is presently scheduled for June 25, 2024 at 12 pm (the "Conference"). The Parties respectfully request, pursuant to Rule 1.C. of the Court's Individual Practices, that the Conference be adjourned because fact discovery is still ongoing. Specifically, on June 7, 2024, Magistrate Judge Netburn ordered that the deadline for fact discovery be extended from June 24, 2024 to September 23, 2024 (Dkt. 123). Although the fact discovery deadline was adjourned, the Conference was not rescheduled. The Parties previously requested to adjourn this Conference due to the fact discovery deadline being extended (Dkt. 102) and this request was granted by the Court (Dkt. 103).

Thank you for your consideration.

Respectfully Submitted,

*/s/ Elizabeth A. McNamara*                            /s/ Jason Greaves
Elizabeth A. McNamara                                  Jason Greaves
Jeremy A. Chase                                        Shawn Flynn
Alexandra M. Settelmayer                               BINNALL LAW GROUP
DAVIS WRIGHT TREMAINE LLP                              717 King Street, Suite 200
1251 Avenue of the Americas, 21st Floor                Alexandria, VA 22314
New York, NY 10020                                     Tel: (703) 888-1943
Tel: (212) 489-8230                                    Email: jason@binnall.com
Email: lizmcnamara@dwt.com                                    shawn@binnall.com
       jeremychase@dwt.com
       alexandrasettelmayer@dwt.com                    *Attorneys for Plaintiff Devin G. Nunes*

*Attorneys for Defendant*
*NBCUniversal Media, LLC*

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.