UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DEVIN G. NUNES,

                     **Plaintiff,**                    22-CV-01633 (PKC)(SN)

      -against-                                   **ORDER**

NBCUNIVERSAL MEDIA, LLC,

                     **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff has filed a letter requesting a pre-motion conference in connection with disputes that arose during the deposition of non-party Rachel Maddow. Both parties filed the deposition transcript under seal, without leave to do so. See ECF Nos. 129-4, 131-1. That is, neither party made an appropriate application to seal as required under circuit precedent and the Court's Individual Rules of Practice. The parties are ORDERED to meet and confer as to whether the transcript should be filed under seal consistent with the First Amendment and common law right of access. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). By Friday, November 1, 2024, any party that seeks to file the transcript under seal or partially redacted must show cause for such relief.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      October 29, 2024
                 New York, New York