# EXHIBIT 4

## **CONFIDENTIAL**

```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
 2                 CASE NO. 1:22-cv-01633 (PKC/SN)

 3     - - - - - - - - - - - - - - - - - - - - - - - - -

 4     DEVIN G. NUNES,
                                    ┌──────────────────┐
 5              Plaintiff,          │   CONFIDENTIAL    │
                                    └──────────────────┘
 6          vs.

 7     NBCUNIVERSAL MEDIA, LLC

 8              Defendant.

 9     - - - - - - - - - - - - - - - - - - - - - - - - -

10                 * * * CONFIDENTIAL * * *

11                 CONFIDENTIAL TRANSCRIPT of the

12     stenographic notes of the deposition of RACHEL MADDOW

13     in the above-entitled matter, as taken by and before

14     LORRAINE B. ABATE, a Certified Shorthand Reporter and

15     Notary Public of the State of New York, and

16     Registered Professional Reporter, held at the offices

17     of DAVIS WRIGHT TREMAINE, LLP, 1251 Avenue of the

18     Americas, New York, New York on September 19, 2024,

19     commencing at 10:14 a.m., pursuant to Notice.

20

21

22

23

24

25
```

```
1        CONFIDENTIAL - Maddow - September 19, 2024
2        ████    ████████████
3        ████    ███████████████████
4    ████████████████████████████████████████
5    ███████████████████████████████████████
6    ████████████████████████████████████
7    █████████████████████████████
8        Q.    Okay.  On the devices that we just
9    discussed that were not issued to you by NBC --
10       A.    Yes?
11       Q.    -- do you ever use those to communicate
12   with your colleagues at NBC?
13       A.    Yes, but in a different way than I would
14   use my NBC devices.
15       Q.    How so?
16       A.    Like I, for example, will text with Cory
17   or with other staffers occasionally using my personal
18   phone, but not for editorial purposes; for logistics
19   purposes.  So I'm stuck in traffic, I'm going to be
20   late for the news meeting, do you mind if we start it
21   on Zoom, and when I get cut off in the elevator,
22   let's switch over to -- you know.  Or let's get
23   sushi, or -- you know, so personal, logistical
24   things.
25             But when it comes to editorial, when it
```

```
1              CONFIDENTIAL - Maddow - September 19, 2024

2        A.      Incidental discussion in the personal

3    context.

4        Q.      And do you know if anybody has looked at

5    any of your personal devices about this litigation?

6        A.      No.

7        Q.      Okay.  We know you -- you communicate by

8    e-mail; is that right?

9        A.      Yes.

10       Q.      Do you communicate by text message?

11       A.      In general in my life?

12       Q.      Yeah.

13       A.      Yes.

14       Q.      Okay.  And I take it that's probably

15   both professionally and personally?

16       A.      Yes, although less texting for

17   professional purposes.

18       Q.      Yeah.  Same.

19   ████████████████████████████████████████████

20   ████████████████████████████████

21       ██      ██████████████

22       ██      ████████████████████████████████

23       ██      ██████████████████████████

24       ██      ██████████████

25       ██      ████████
```

```
 1              CONFIDENTIAL - Maddow - September 19, 2024
 2    recollection as to if you were aware if anyone fact
 3    checked the statement he has refused to hand it over
 4    to the FBI?
 5              MS. McNAMARA:  Objection.  This is a
 6         mischaracterization.  She has now twice --
 7              MR. BINNALL:  I'm not -- I'm not looking
 8         for speaking objections or -- I'm -- I just need
 9         a legal basis for the objection so it doesn't
10         impact the testimony of the witness.
11    A.     Can you repeat the question.
12              MR. BINNALL:  Can you read it back,
13         please.
14              (The record was read.)
15              MS. McNAMARA:  Same objection.  It's a
16         mischaracterization of the testimony she's given
17         multiple times.
18              MR. BINNALL:  And again, I'm not looking
19         for any speaking objections.
20    A.     What you are asking me for does not
21    reflect the reality of how the news process -- the
22    news production process works.  So the -- you keep
23    asking about an individual assignment of a specific
24    fact to a specific entity for a fact-checking
25    process.  That's not the way the fact-checking
```

1    sent these packages as a sanctioned Russian agent

2        CONFIDENTIAL - Maddow - September 19, 2024

3    effectively; whereupon, the -- Congressman Nunes --

4    Nunes' refusal to comment on whether -- on the

5    reporting that he had not handed it over to the FBI

6    took on sort of new urgency and new weight, because

7    at that point, everybody knew the import of his

8    receiving this package, which he did not deny.

9    Democrats on the committee had produced a shipping

10   receipt that seemed to prove that he had received it.

11   All of this reporting was undisputed.  He had been

12   asked for comment and had not commented on this

13   matter.

14            And so at that point, the

15   longstanding -- remember, the -- the Politico piece

16   was from July of 2020.  I did not do my piece until

17   March of 2021, and at that point, the -- the age of

18   his refusal to comment on this was itself an

19   important data point, given everything else that had

20   happened since then.  I mean, I -- I wrote this

21   script in March of 2021 with no doubts as to the

22   accuracy of this information, and I still have no

23   doubts about it.

24        Q.    So you would say the same thing on the

25   air today?

1          A.     I mean, in the grand -- in the grand

2          CONFIDENTIAL - Maddow - September 19, 2024

3    totality of the matter, I don't know that the facts

4    are any different than what I understood them to be,

5    and I didn't have any doubts about the accuracy of

6    the statement.

7          Q.     And you still don't?

8          A.     No.  And in fact, the information that

9    has developed since has only bolstered this, my

10   understanding of the accuracy of that reporting.  I

11   mean, I don't know if it's okay for me to talk about

12   this, so I can't ask you to stop me if it's not.

13          But once -- once we did this report in

14   March of 2021, we got a letter from a lawyer

15   representing Mr. Nunes contesting elements of the

16   report.  I don't remember exactly what it was, but I

17   do remember that at that point, we said, oh, does

18   this mean that you would now like to comment on

19   whether or not you gave this item to the FBI?  If you

20   do -- if I said something about that that is wrong, I

21   would very much like to know what's right.  If you --

22   since we're in communication about this now, can you

23   tell me, did you hand it over to the FBI?  And we got

24   no response to that.

25          And so I feel like if Mr. Nunes had an

1    issue with the accuracy of that claim specifically,

2         CONFIDENTIAL - Maddow - September 19, 2024

3    once we were talking offline about it and he was

4    raising that issue and wanted to contest it, that was

5    a -- yet another great opportunity for him to tell me

6    whether or not he handed this to the FBI, and he

7    didn't.  And so Politico's reporting seemed to me to

8    be accurate at the time.  I had no doubts about it,

9    and I don't have any doubts about it since.  In fact,

10   Mr. Nunes' behavior since then, specifically toward

11   NBC on this matter, would seem to bolster it.

12         Q.    But you didn't ask him for comment

13   before the show in April (sic) of 2021, correct?

14         A.    Not on this matter, no.  We had asked

15   Mr. Nunes for comment on other occasions, I believe,

16   but not on this.

17         Q.    And you didn't -- and you didn't ask the

18   FBI for comment before your show in April (sic) 2021

19   either, correct?

20         A.    No.  The -- the show in -- in March of

21   2021.  That's what you're talking about?

22         Q.    Yes.

23         A.    In March of 2021, was not us developing

24   and presenting newly-reported information.  We were

25   taking a number of data points that were in the

1  public record and lining them up and presenting them.

2          CONFIDENTIAL - Maddow - September 19, 2024

3  And so at that point, the request to comment to the

4  FBI and the request to comment to Congressman Nunes

5  from Politico was relevant to the Politico reporting,

6  and we presented it as such.

7              And the other data points, including the

8  ODNI report and the letter to the FBI and the

9  transcript with Congressman Maloney and Congressman

10 Maloney's characterization of what had happened

11 inside the Intelligence Committee, it was all in the

12 public record, and we were not advancing any of those

13 stories at all, but rather, combining them into an

14 explanatory narrative that hopefully made sense of

15 this issue for our audience.

16         Q.    Are you aware of any other information

17 other than what we've already discussed that supports

18 the statement he has refused to hand it over to the

19 FBI?

20             MS. McNAMARA:  You're asking at the time

21        this was published?

22         Q.    At any time, are you aware?

23             MS. McNAMARA:  Well, I think the

24        relevant inquiry here is the time it was

25        published.  If you're asking --

1            MR. BINNALL:  We can -- we can talk

2       CONFIDENTIAL - Maddow - September 19, 2024

3       about relevance.  We can talk about relevance

4       later.  My --

5            MS. McNAMARA:  No.  This isn't a

6       relevance question, because if she knows

7       information from counsel, it is privileged

8       information --

9            MR. BINNALL:  Okay.  Yes.

10            MS. McNAMARA:  -- and I instruct her not

11       to answer.  So I'm -- if you want to pose this

12       question as to information she knew at the time

13       she published this, that is an appropriate

14       question.

15            MR. BINNALL:  Here is what I'll do.

16       Q.    Other than communications you've had

17  with your lawyers, are you aware of any other

18  information that bears to the accuracy of the

19  statement he has refused to hand it over to the FBI?

20       A.    Again, I do not want to get in trouble,

21  and I can't ask you for help in avoiding that.

22       Q.    I don't want to know conversations you

23  had with your lawyers.

24       A.    Which is where we're up against

25  because --

1      Q.    Yeah.

2      CONFIDENTIAL - Maddow - September 19, 2024

3      A.    -- when I did this --

4           MS. McNAMARA:  Then -- then if -- do not

5      answer -- I instruct you not to answer if, to

6      answer that question, it would call for

7      information you've learned as part of this

8      communications with counsel.

9           MR. BINNALL:  Hold on.  There's --

10     there's something important here.

11     Communications are protected.  Facts are not

12     protected.

13     Q.    And so are -- and so if she is aware of

14 facts, and I don't want to know about your

15 communications with your lawyers, but if you are

16 aware of facts that bear on the accuracy of the

17 statement he has refused to hand it over to the FBI,

18 I want to know what those are.

19          MS. McNAMARA:  And I give the same

20     instruction to the witness.  If you learned any

21     such information from communications from

22     counsel, including facts that are communicated

23     to you by or -- you know, or allegations or

24     anything else communicated by counsel, those are

25     privileged communications, and I instruct you

1        not to answer them.

2        CONFIDENTIAL - Maddow - September 19, 2024

3        A.    As a non-lawyer, I'm going to do my best

4   here, which is when Congressman Nunes, through

5   counsel, complained after I did this segment, I am

6   aware that the letter back to him said did you give

7   it to the FBI, then?  Is that what you're telling me?

8   Does this mean if -- in essence, does this mean that

9   you gave it to the FBI?  And there was no response.

10  To me, that further bolstered my sense of the

11  accuracy of that reporting.

12            And so that's -- is that a fact or is

13  that a communication with counsel?  I don't know.

14  But that's the thing.

15       Q.    So is there any other facts that you're

16  aware of that would bolster the -- that would go to

17  the accuracy of the statement he has refused to hand

18  it over to the FBI?

19            MS. McNAMARA:  Other than what she's

20       testified?

21       Q.    Other than what you already testified

22  to.

23       A.    I -- no, I don't have any -- I don't

24  know if -- if you're just asking the same question

25  again, I don't have an additional thing.

1          Q.     Okay.  We've exhausted the universe of

2          CONFIDENTIAL - Maddow - September 19, 2024

3    what you based that statement on now; is that right?

4                 MS. McNAMARA:  Objection.  I mean, as

5          she's sitting here today, what she can remember?

6                 MR. BINNALL:  I want to --

7          A.     Can we just -- okay.

8                 One last thing.  Sorry.  I'm not just

9    flipping pages to do a mime act here.  I'm actually

10   looking for -- if you are literally asking me about

11   the whole universe of things in the world, there's

12   only one other thing that I would add.  I was just

13   seeing -- just looking to see if we had reference to

14   it in any of these exhibits, and I don't think we do.

15   And that is that in 2020, I did an interview with

16   somebody who was involved in this foreign influence

17   operation, and one of the subjects that I raised in

18   that interview was whether or not this guy, who was

19   involved in this foreign influence operation and in

20   contact with Russian agents, whether he had had any

21   interactions with Congressman Nunes.  And the

22   interview subject told me that yes, he had.  And at

23   the time, Congressman Nunes was denying that he had

24   ever had any contact with this guy, and that he knew

25   anything about him and that he never had any

```
 1   interactions with him.
 2           CONFIDENTIAL - Maddow - September 19, 2024
 3               That was not on the direct matter of
 4   whether or not Congressman Nunes had handed matters
 5   to the FBI, but it did inform my thinking about how
 6   forthright, or rather, how disingenuous he seemed to
 7   be in his public remarks about this particular
 8   scandal.  And it made me sort of put up my antenna
 9   around his furtive and secretive and evasive
10   responses when it came to explaining his own role,
11   his own responsibility, and his own sort of
12   patriotism or lack thereof when it came to
13   involvement in this operation that was targeting our
14   country.
15               And so I say that not because it was
16   about specifically him handing that document to the
17   FBI, but it put me on alert to the nuances of what he
18   was willing to talk about and what he was not.  And
19   his refusal to comment when confronted directly with
20   the reporting in Politico about -- in which they had
21   a source that said he didn't hand it to the FBI, to
22   me, that seemed like relevant and textual
23   information.
24               So I'm sorry that that's a little far
25   afield, but if you want my total honest answer about
```

1  people, and that's why they're in politics.  And I

2        CONFIDENTIAL - Maddow - September 19, 2024

3  think that Congressman Nunes is awkward and not great

4  with people, and I sort of empathize with that, and

5  kind of like -- like I sort of -- I see myself as --

6  I think he and I are probably, in terms of the way

7  our brains are wired, a little bit of the same kind

8  of person, and so I imagine that politics isn't easy

9  for him.  So I have a little bit of like personal

10  empathy with him.

11              Like I -- there are -- yeah.  Like in

12  high school, it was like jocks and nerds, and most

13  politicians are jocks, and I was a nerd, and I think

14  of him as kind of being kind of a nerd, so there's

15  that.  That's my sense of his personality.

16              And then honestly, in a less flattering

17  way, I did think that his -- the reason that he said

18  why he left Congress, which was to go work for this

19  media company, and he made sort of a big splash out

20  of it being a -- a free speech thing that he was

21  doing because he was such a free speech guy, I found

22  to be ironic and hypocritical given his -- I mean,

23  the thing that he's most famous for, which is suing

24  people who say things that annoy him.  If he's a free

25  speech absolutist, then that's worse than giving up

1    an incredibly powerful and important career in

2            CONFIDENTIAL - Maddow - September 19, 2024

3    Congress because you're so invested in free speech,

4    but all you've done in public life other than sort of

5    in Congress is sue people who say things you disagree

6    with.  It's just -- it's hard for me to square, and

7    it makes me feel like there's something about him I

8    don't understand.

9            Q.    It's fair to -- it's accurate to say

10   that your political opinions and his political

11   opinions are probably divergent?

12           A.    I would guess.  I mean, I don't know

13   that much about his personal opinions.  I know about

14   his political actions.  So I would guess that, you

15   know, I -- I think that I'm a liberal and he's a

16   conservative, so we probably disagree on most things,

17   but you never know.  I don't -- I mean, I also fish

18   and drive a pickup truck.  Maybe we have a lot more

19   in common than I think.

20   (DIR)

21           Q.    But your political opinions are in line

22   with what you say in your show, right?

23                 MS. McNAMARA:  Objection, and I think

24           that her personal politics are not at issue

25           here.  What is -- she publishes on the show is

1       at issue.

2       CONFIDENTIAL - Maddow - September 19, 2024

3           So I really -- I've allowed this

4       testimony.  I'm not going to allow further

5       testimony on her personal opinions distinct from

6       what's published.

7           MR. BINNALL:  Are you instructing her

8       not to answer the question?

9           MS. McNAMARA:  I am instructing her not

10      to answer.

11          MR. BINNALL:  Let's go ahead and mark

12      this, and we can come back to it if we need to.

13      Q.    Are -- to your knowledge, are ratings

14  important in your profession?

15      A.    In a -- in a general sense, yes.

16      Q.    Why?

17      A.    Ratings are related to ad rates, as far

18  as I know.  Although, the business is changing so

19  much now, I don't even technically know that that's

20  true any more.  But I -- and anybody who's involved

21  in broadcasting I think has a general sense that more

22  people watching is better than fewer people watching.

23      Q.    And do you have a sense of what the

24  demographic is that watches your show?

25      A.    Not really.  No, I don't.

1                 C E R T I F I C A T I O N

2

3    STATE OF NEW YORK        )

4                             )    ss:

5    COUNTY OF WESTCHESTER   )

6

7

8         I, LORRAINE B. ABATE, a Certified Shorthand

9    Reporter and Notary Public of the State of New York

10   and Registered Professional Reporter, do hereby

11   certify the foregoing to be a true and accurate

12   transcript of my original stenographic notes taken of

13   RACHEL MADDOW at the time and place hereinbefore set

14   forth.

15        I further certify that I am not related, by

16   blood or marriage, to any of the parties in this

17   matter and that I am in no way interested in the

18   outcome of this matter.

19

20
     /s/ Lorraine B. Abate
21         _____
                      LORRAINE B. ABATE, CSR, RPR
22                    License No. 000965

23   Dated: September 27, 2024

24

25