**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- x

DEVIN G. NUNES,                                       :

                      Plaintiff,          :

      - against -                              :

NBCUNIVERSAL MEDIA, LLC,              :

               Defendant.        :

------------------------------------------------------------------------- x

Case No.: 22-cv-1633-PKC-SN

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

       **PLEASE TAKE NOTICE** that Defendant NBCUniversal Media, LLC ("NBCU") will move this Court, before the Honorable P. Kevin Castel, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date and time as the Court sets, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing Plaintiff Devin G. Nunes's ("Plaintiff") Second Amended Complaint with prejudice, and for such other and further relief as the Court shall deem just and proper.  NBCU will also move this Court for an order pursuant to Federal Rule of Civil Procedure 37(e) (i) dismissing Plaintiff's Second Amended Complaint as a sanction for his spoliation or, in the alternative, (ii) entering an adverse inference order that presumes the spoliated information was unfavorable to Plaintiff, and (iii) awarding NBCU their costs and reasonable attorneys' fees.  In support of these motions, NBCU relies upon the accompanying (1) Memorandum of Law in Support of NBCU's Motion for Summary Judgment and Sanctions, (2) Statement of Undisputed Material Facts, (3) Declaration of Elizabeth A. McNamara and the

exhibits annexed thereto, and (4) Declaration of Rachel Maddow,[1] (5) Declaration of Cory Gnazzo,[2] and (6) Declaration of Jeremy A. Chase and the exhibits annexed thereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the scheduling order issued by the Court on October 8, 2024: (i) answering papers, if any, are to be served on or before January 13, 2025; and (ii) reply papers, if any, are to be served on or before February 12, 2025.  Any oral argument will occur on a date and at a time designated by the Court.

Dated:  November 21, 2024
        New York, New York

                                        Respectfully submitted,


                                        By: _Elizabeth A. M_____
                                        Elizabeth A. McNamara
                                        Jeremy A. Chase
                                        Alexandra M. Settelmayer
                                        DAVIS WRIGHT TREMAINE LLP
                                        1251 Avenue of the Americas 21st Floor
                                        New York, NY  10020-1104
                                        Phone: (212) 489-8230
                                        Fax:    (212) 489-8340
                                        Email: lizmcnamara@dwt.com
                                                jeremychase@dwt.com
                                                alexandrasettelmayer@dwt.com

                                        *Attorneys for Defendant NBCUniversal Media, LLC*

---

[1] The Declaration of Rachel Maddow is attached to the Declaration of Elizabeth A. McNamara as Exhibit 2.
[2] The Declaration of Cory Gnazzo is attached to the Declaration of Elizabeth A. McNamara as Exhibit 3.