McNamara Declaration

Exhibit 6

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------
DEVIN G. NUNES,

                              PLAINTIFF,

          -against-          Case No.:
                             22-cv-1633
                               (PKC)
NBCUNIVERSAL MEDIA, LLC,

                              DEFENDANT.
---------------------------------------
              DATE:  February 8, 2024

              TIME:  9:35 a.m.



    - CONFIDENTIAL ATTORNEYS' EYES ONLY -
```

         VIDEOTAPED DEPOSITION of DEVIN G.

NUNES, taken by counsel for the Defendant,

pursuant to the Federal Rules of Civil

Procedure, held at the offices of Davis

Wright Tremaine LLP, 1251 Avenue of the

Americas, New York, New York 10020, before

Roberta Caiola, a Shorthand Reporter and

Notary Public of the State of New York.

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

1                    Devin G. Nunes

2          Q.    You'll see paragraph 13,

3     there's the first bullet, it indicates

4     that:  "Plaintiff did not accept a package

5     from Derkach.  A package came to the House

6     Intelligence Committee.  Plaintiff did not

7     sign for the package or handle it."

8                    Do you see that?

9          A.    Uh-hum.

10         Q.    Is that correct?

11         A.    That's correct.

12         Q.    So that's an accurate

13    statement?

14         A.    Um-hum.

15                MR. GREAVES:  Say yes or no.

16         A.    Oh, yes.

17         Q.    And it goes on to say "the

18    truth is" -- wait, where I want to go to

19    is, turning the next page, page 10,

20    Mr. Nunes, please.  Right before the image

21    of the letter.

22         A.    Um-hum.

23         Q.    It says:  "In fact, on

24    December 11, 2019, Plaintiff advised the

25    Attorney General of the United States,

Devin G. Nunes   Attorneys Eyes Only
February 08, 2024

```
 1                    Devin G. Nunes

 2    William P. Barr, and the Criminal Division

 3    of the Department of Justice as follows:"

 4              Do you see that?

 5         A.    Um-hum, yes.

 6         Q.    Is that correct, that occurred

 7    on December 11, 2019?

 8         A.    Yes.

 9              MS. McNAMARA:  Let's drill down

10          on that letter a little bit and I

11          will have marked as the next exhibit,

12          24, the letter from -- to Mr. Barr.

13              (Exhibit 24, Letter dated

14          December 11, 2019 to General Barr

15          from Brian A. Benczkowski,

16          Bates-stamped PX 602, marked for

17          identification.)

18         Q.    Mr. Nunes, have you seen this

19    letter before?

20         A.    Yes.

21         Q.    And is this your signature on

22    the letter?

23         A.    Yes.

24         Q.    And you sent this letter?

25         A.    Yes.
```

Devin G. Nunes   Attorneys Eyes Only
February 08, 2024

1                    Devin G. Nunes

2        Q.    Did you have any -- did you

3    draft the letter?

4        A.    Most likely I did or had at

5    least saw it before I signed it.

6        Q.    Who would have helped you with

7    drafting it if you didn't draft the entire

8    thing?

9        A.    I would assume it would have

10   been Mr. Langer.

11       Q.    But you're not sure?

12       A.    I'm not sure.

13       Q.    But you reviewed and approved

14   the letter before it was sent?

15       A.    Yes, that much I remember.

16       Q.    Do you know how it was

17   transmitted to Attorney General Barr?

18       A.    No, I don't know how it would

19   have been transmitted.

20       Q.    Do you have -- are you aware if

21   there's any documentation verifying the

22   transmittal of the letter to Attorney

23   General Barr?

24       A.    I would not know.

25       Q.    Was anyone on HPSCI aware that

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

1                    Devin G. Nunes

2         Q.    Well, we agree this letter is

3    not classified; isn't that correct?

4         A.    That's correct.

5         Q.    And you put this letter or a

6    portion of this letter in the complaint

7    that you filed in this action; did you not?

8         A.    That's correct.

9         Q.    So I would understand that you

10   could testify about the letter; is that

11   right?

12        A.    Look, I want to be as -- I

13   want -- I don't want to get in the middle

14   of any fight here between the House and you

15   guys, but I will try to do my best to

16   respect both sides of the argument.

17        Q.    Thank you, and I appreciate

18   that.

19              So the question is whether

20   anyone on HPSCI was aware that you sent

21   this letter?

22        A.    Look, it's been so long ago

23   that I would not know.  I mean, I could go

24   through -- there's -- as I remember, we put

25   into the complaint all the pertinent

Devin G. Nunes   Attorneys Eyes Only
February 08, 2024

```
 1                  Devin G. Nunes

 2   information, relevant information, about

 3   what happened to, you know, the phony

 4   package or however you want to describe it.

 5        Q.    Do you know whether

 6   Representative Crawford was made aware that

 7   you sent this letter?

 8        A.    I -- yeah, look, it's been long

 9   ago.  I can kind of -- I can tell you

10   generally what happened at the time, if

11   that would be helpful for you.

12        Q.    Yes, it would please.

13        A.    Okay.  So when this -- I don't

14   even remember the date that it occurred,

15   but we were -- we were notified by -- it

16   seems like we were getting questions from

17   the media before -- we didn't even know who

18   Derkach was, we still don't, but we were

19   getting questioned by the media about a

20   package, that it became like a big kind of

21   fake news story that was going around that

22   numerous Republican congressmen and

23   senators were working with some guy named

24   Derkach.

25             So that's why we know there was
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

1                    Devin G. Nunes

2    something afoot before, you know, before

3    the package ultimately ended up arriving.

4         Q.    So let's drill down here, and

5    we'll go through the details just to make

6    sure we can flush out kind of the facts and

7    how they transpired.

8         A.    Um-hum.

9         Q.    You see in this letter, that it

10   says:  "Today the House Intelligence

11   Committee received a package from foreign

12   individuals addressed to me."

13            Do you see that?

14       A.    Yes.

15       Q.    So based on this letter and

16   your pleadings, it's my understanding the

17   package was received on December 11, 2019?

18       A.    I -- on or around that time,

19   yes.

20       Q.    And the letter says the House

21   Intelligence Committee received the

22   package.

23            Is that how it was addressed?

24       A.    I never saw it, but it would

25   have -- but I believe it came into the

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
1                    Devin G. Nunes

2         A.    Yes.

3         Q.    What -- what was your basis for

4    that statement?

5         A.    It was because we had been

6    hearing about this, you know, I can't

7    remember if it was a month before or two

8    months before, but it was like your typical

9    disinformation operation ran by, you know,

10   multiple bad actors, foreign and domestic.

11        Q.    And did you know who the -- or

12   did you suspect who the multiple actors

13   were running this disinformation operation?

14        A.    I mean, look, we -- dealing

15   with all the crazy Russia hoax stuff, it

16   was just kind of a continuation of that.

17        Q.    But again, the question was do

18   you have -- did you have any knowledge or

19   suspicion as to who was participating in

20   this disinformation operation?

21        A.    No, I mean that's why we gave

22   it to the FBI.  That's why the letter was

23   sent.

24        Q.    Had you received any packages

25   from Mr. Derkach before December 11, 2019?
```

Devin G. Nunes   Attorneys Eyes Only
February 08, 2024

```
 1                  Devin G. Nunes

 2       A.    I didn't know who Derkach was

 3  then.  I still don't know who it is now.

 4       Q.    So is the answer no?

 5       A.    Yes, sorry.  That's what I

 6  meant, no.

 7       Q.    Okay.  Had you received any

 8  other communications from Mr. Derkach

 9  before December 11, 2019?

10       A.    Like I said -- well, I'll just

11  answer no.

12       Q.    Okay.  That moves us along, I

13  appreciate that.

14            Did you receive any packages or

15  communications from Mr. Derkach after

16  December 11, 2019?

17       A.    Not that I'm aware of.

18       Q.    So this is the only

19  communication you ever received from

20  Mr. Derkach, to your knowledge; is that

21  right?

22       A.    As far as I know, that's

23  correct.

24       Q.    And when you were asked to

25  produce documents in this litigation, did
```

Devin G. Nunes    Attorneys Eyes Only
February 08, 2024

1                    Devin G. Nunes

2    you review your phone to see whether you

3    had any communications from Mr. Derkach or

4    one of his proxies?

5         A.    I mean, yes, I did.  There were

6    none.

7         Q.    Just to clarify.  You were

8    never contacted by Mr. Derkach after you

9    received the package on December 11th; is

10   that right?

11        A.    That's correct.

12        Q.    Now your letter also says to

13   Mr. Barr that "I request a meeting with you

14   to discuss these concerns."

15             Do you see that?

16        A.    Yes.

17        Q.    Did you receive a response from

18   Mr. Barr concerning the letter?

19        A.    As I recall, the -- we ended up

20   having a meeting sometime after -- after

21   this.  I can't remember if it was --

22   probably within 60 days with

23   representatives from the FBI.

24        Q.    And did someone from Mr. Barr's

25   office contact you to coordinate that

Devin G. Nunes   Attorneys Eyes Only
February 08, 2024

```
1                  Devin G. Nunes

2    meeting in response to this letter?

3         A.    I think -- look, I'm going to

4    say I think because I'm not for sure, but I

5    think they had just reached out direct.

6         Q.    Who is they?

7         A.    The FBI.

8         Q.    And do you know who the FBI

9    reached out to?

10        A.    There was a process in place,

11   like liaisons that coordinate all of that.

12        Q.    Did the FBI reach out to you

13   personally or someone on your staff?

14        A.    I don't think they -- I don't

15   think they reached out to me personally,

16   no.

17        Q.    Do you know who they reached

18   out to?

19        A.    No, but it would have been

20   probably my scheduler to put it on the

21   meeting.

22        Q.    What about the -- the letter is

23   copied to Brian Benczkowski.  Do you see

24   that?

25        A.    Um-hum.
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1              Devin G. Nunes

 2        Q.    He was the Assistant Attorney

 3   General for the criminal division.

 4              Had you had any contact with

 5   Mr. Benczkowski before this time?

 6        A.    No, and I don't even know

 7   who -- I don't recognize the name.

 8        Q.    Do you know why he was copied

 9   on this letter if you don't recognize him?

10        A.    He would have been -- because

11   we thought it was criminal activity, you

12   know, because this was -- this comes on the

13   heels of all the other fake information so,

14   you know, from my perspective at the time

15   and still today, this was just a continued

16   operation of smearing people, trying to tie

17   people to Russia.

18        Q.    Do you agree that the letter

19   does not reflect that you enclosed the

20   package with the letter; is that right?

21        A.    Yes.

22        Q.    It's simply a notice that you

23   had received the package; is that correct?

24        A.    Yes.

25        Q.    And the letter provides no
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
1                  Devin G. Nunes
2    information as to what if anything you or
3    your office did with the package; is that
4    right?
5         A.    Yes.
6         Q.    Have you -- you have produced
7    this letter in this action in support of
8    your allegations.  Are you aware of any
9    other documentation that you have provided
10   that supports that you turned over the
11   package to the FBI or the Attorney General?
12        A.    I mean there was -- there was
13   plenty of news articles out there, as I
14   recall.  I think we provided to you the
15   appropriate staff that would have knowledge
16   of this.
17        Q.    Which articles are you
18   referring to, Mr. Nunes?
19        A.    I -- I don't remember them, I
20   just know that there were several.
21        Q.    Okay, we'll get to some and see
22   if that refreshes your recollection.
23        A.    Okay.
24        Q.    Let's turn back to your
25   complaint in this action, the operative
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

1                    Devin G. Nunes

2   didn't read it, I don't know if I have the

3   ability to read his deposition, but -- he

4   was the staff director at the time.  I

5   don't think he went through mail either.

6        Q.   As part of the protocol

7   identified in paragraph 13 of your

8   complaint, was the transmittal to the FBI

9   documented in some way?

10       A.   I mean there would be a record

11  of the package at the FBI.

12       Q.   But would there be any

13  documentation at HPSCI concerning the

14  receipt and transmittal of a package?

15            MR. TATELMAN:  Objection as to

16       documents from HPSCI.  Those would be

17       the Committee's documents, so we

18       would object to that.

19            MR. GREAVES:  I would add that

20       if Mr. Nunes is aware of whether

21       that -- because I think it was a yes

22       or no question you asked, if he is

23       aware of the answer, I think he can

24       answer that question.

25       A.   Can you ask the question again?

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1                Devin G. Nunes

 2        Q.    Yes.  Would you be aware if

 3   there was any documentation at HPSCI

 4   concerning the receipt and transmittal of a

 5   package to the FBI?

 6        A.    Actually, I wouldn't be aware

 7   that there would be any documentation at

 8   HPSCI because I don't know how that -- but

 9   there would be -- but there would for sure

10   be documentation of the FBI meeting with

11   us, plus I think we provided that on my

12   schedule so you know that that meeting

13   occurred.

14        Q.    Do you know whether there's any

15   evidence to substantiate that the Derkach

16   package was actually delivered to the FBI

17   on December 11, 2019?

18        A.    Well, sure there's evidence.

19        Q.    What?

20        A.    Because it was handed off to

21   the FBI.

22        Q.    But what is the evidence that

23   substantiates that?

24        A.    The evidence is that I sent a

25   letter requesting a meeting in regards to
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
1              Devin G. Nunes
2    the package.  The evidence of, you know, my
3    testimony, I think numerous other people's
4    testimony that it was turned over to the
5    FBI.  I don't know what more you need.
6        Q.    We don't have anybody else's
7    testimony that it was turned over to the
8    FBI.
9        A.    Okay.
10        Q.    So that's why I'm asking you.
11        A.    Okay.
12        Q.    You're the last man standing on
13    this point.
14        A.    Okay.  I don't think that's
15    ever been in question, but...
16        Q.    Okay.
17        A.    I mean, I think that there's --
18    so what is it?  The staff cannot -- the
19    staff that handed off the package to the
20    FBI?
21        Q.    We haven't deposed -- in
22    fairness, we haven't deposed Mr. Ciarlante
23    yet and he seems to be the critical player.
24    There have been objections from the counsel
25    for the Committee and the counsel has not
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

1                Devin G. Nunes

2    allowed other people, whether it be

3    Mr. Langer or Mr. Pappas, to answer

4    questions concerning their knowledge about

5    the package and transmittal of a package,

6    so we don't have those answers.  So that's

7    what I'm referencing.

8        A.    Well, I don't want to play

9    lawyer here or negotiator, but it seems to

10   me like if that's really what you're

11   looking for, we should be able to

12   accommodate in some way, we can look to get

13   an accommodation to confirm to you, if

14   that's what you're really after.

15       Q.    Well, we would appreciate it

16   because it is the central issue in this

17   litigation, and there's no evidence in the

18   record that this package was transmitted,

19   other than your representation and the

20   allegation.

21           MR. GREAVES:  Objection to

22        form.

23       A.    Well, I'm going to state for

24   the record there's plenty of evidence, but

25   I understand your position.

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1                   Devin G. Nunes

 2        Q.    Okay.

 3        A.    Because sometimes you would

 4    take meetings, you know, it could be in

 5    your office, it could be -- but sometimes

 6    it could say office, so you might -- it

 7    might be off the floor, but I remember that

 8    specific meeting being in my office.

 9        Q.    If the meeting was going to

10    concern classified information, would it be

11    held in your office?

12        A.    No.  Well, to -- I'm not going

13    to get into that, yeah, because I don't

14    want to.

15        Q.    Well --

16        A.    You can go up to -- and Todd

17    can stop me if I'm saying anything that's

18    inappropriate -- but you can go up to

19    certain levels depending on the topic,

20    which sometimes it's easier to do those,

21    that's why you would do meetings on the

22    outside.

23        Q.    If you wanted to have a meeting

24    that was discussing classified information

25    at a certain level, you would have it in a
```

Devin G. Nunes   Attorneys Eyes Only
February 08, 2024

```
 1              Devin G. Nunes
 2   SCIF?
 3        A.    Correct.
 4        Q.    Did you have an understanding
 5   as to whether the Derkach package was
 6   considered to be classified?
 7        A.    I wouldn't, I don't know.
 8        Q.    So you can't say one way or the
 9   other?
10        A.    No.  Well, it wouldn't be
11   class -- I mean -- I don't know what -- I
12   don't know if there's an investigation
13   going, I don't know if they dropped it, I
14   don't know, you know, I have no idea.
15   There could be -- it could be classified if
16   there's some investigation going, or maybe
17   there's not, maybe they didn't do anything
18   about it.  I don't know, I never heard.
19        Q.    But you didn't understand that
20   the fact that you received the Derkach
21   package was classified information?
22        A.    Well, it was publicly
23   transmitted out there, so I think --
24   whether or not the package ever arrived is,
25   you know, I mean that was out there before
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

1               Devin G. Nunes

2    it arrived.  And then it arrived, but like

3    all other packages, it would have been sent

4    to the appropriate authorities.

5        Q.    And wouldn't you want to know

6    whether it was classified or the level of

7    classification, if it was classified,

8    before you held a meeting in your office?

9        A.    No.  Well, I don't want to --

10   we can go on and on talking.  I have to put

11   my old hat on here if you want to go --

12   really get into that.

13       Q.    I'm trying to understand --

14            MR. GREAVES:  I'm going to

15         object to the relevance, but go ahead

16         and ask your question.

17            MS. McNAMARA:  It goes to kind

18         of what could be testified to and

19         what can't be, that's why we're

20         trying to nail it down.

21       A.    Well, something would not be

22   classified if -- it's packages that are

23   being sent from wherever they're being sent

24   from, would not be classified.

25       Q.    Do you know who the initial --

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1                  Devin G. Nunes
 2   I'm sorry?
 3        A.    Because I don't know if this
 4   guy is Russian or Ukrainian, I don't even
 5   know.  He doesn't get the ability to decide
 6   if something's classified or not under the
 7   U.S. standards.
 8        Q.    And do you know who the
 9   initials AS stands for?
10        A.    Maybe it's Alan Souza.  That's
11   the only AS I can think of.
12        Q.    Who's Alan Souza?
13        A.    He was -- no, it can't be Alan
14   Souza because he wasn't working for me at
15   that time.
16        Q.    He became married to
17   Ms. Morrow; is that right?
18        A.    No, to Jillian.
19        Q.    To Jillian Plank?
20        A.    Yeah, but he wasn't working for
21   me at that time.  So I don't know who it
22   would be.  And just because initials are on
23   there doesn't mean he would be in the
24   meeting.
25        Q.    Why would that be?
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
1                    Devin G. Nunes

2        Q.    Now you previously testified

3   that you did not receive any further

4   communications in Mr. Derkach, was that

5   false?

6        A.    Nice try.

7        Q.    I'm asking.

8        A.    No, come on.

9        Q.    I'm asking.

10       A.    I don't know.  I told you I

11   don't know if there was or not.  I mean, I

12   wouldn't even know, as these packages come

13   in all the time.

14       Q.    So --

15       A.    You're accusing me of --

16       Q.    I'm not accusing you of

17   anything, Mr. Nunes.  I'm trying to

18   establish the facts.

19              This FBI 302 does not reflect

20   anything about a December 11th package,

21   does it?

22       A.    I don't know, I would have

23   to --

24       Q.    Do you want to look at it and

25   see whether it reflects that you received a
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
1              Devin G. Nunes

2    package on December 11, 2019?

3              MR. GREAVES:  Object.  The

4        document speaks for itself.

5              Go ahead and answer.

6        A.    Yeah, I don't know.

7        Q.    Well, look at it and tell me

8    whether you see it.

9        A.    I don't know what this

10   document's referring to.  I don't know what

11   these packages are, they could have been

12   different packages.  It looked to me like,

13   at first glance, this is trying to

14   coordinate a meeting for me to meet with --

15   to meet with -- for the meeting that took

16   place a few days later is what it looked

17   like on the face of it.

18       Q.    Do you recall, now that you've

19   seen this FBI 302, do you recall that there

20   was a second package received by you from

21   Mr. Derkach?

22       A.    No, I do not.

23       Q.    Do you have any knowledge as to

24   what was in that package?

25       A.    There may or may not be a
```

Devin G. Nunes    Attorneys Eyes Only
February 08, 2024

1                Devin G. Nunes

2    package from Derkach.  I don't know what

3    the package is.  You're making assumptions

4    here.

5         Q.   Well, I'm only reading the

6    document, as your lawyer instructed me that

7    the document speaks for itself, and it

8    indicates that -- that Mr. Ciarlante was

9    advising that Representative Devin Nunes

10   received additional records via mail

11   reflecting a cover letter dated 12-17-2019

12   from Andrii Derkach, a member of the

13   Parliament of Ukrainian, to Nunes, and

14   included are five categories of documents

15   listed below, and then it's blanked out.

16             MR. GREAVES:  Objection to

17        form.

18             Is there a question?

19        Q.   Yes.  The question is

20   Mr. Nunes, does this refresh your

21   recollection that there was a different

22   package received from Mr. Derkach with a

23   cover letter dated December 17, 2019, that

24   was addressed to you?

25             MR. GREAVES:  Objection to

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

1              Devin G. Nunes

2              MR. GREAVES:  Objection.  The

3        document speaks for itself and calls

4         for speculation.

5        Q.    Do you have any reason to

6    dispute that, Mr. Nunes?

7        A.    I don't know if this is

8    accurate or not accurate.  I know this is

9    something that the FBI had.

10       Q.    Sitting here today do you have

11   any basis to dispute the accuracy of the

12   information reflected in the FBI 302?

13       A.    Look, I'd have to look at all

14   the information here on this, but I can

15   tell you that what's in the complaint, the

16   gist of it is is that we are not -- we did

17   not open and inspect anything to do with

18   Derkach, and we never would.

19       Q.    So the House --

20       A.    I mean you might accidentally

21   open up something and then -- but I -- I

22   think that would be few and far between,

23   because stuff gets -- the other thing is is

24   that stuff gets scanned, it doesn't just

25   come in.

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1              Devin G. Nunes

 2      Q.    And --

 3      A.    So it --

 4      Q.    I'm sorry.

 5      A.    Which by the way, and I don't

 6  want to get into all of this, but since

 7  you're making accusations that you say that

 8  I was inaccurate, what this could be

 9  referring to is these go through a process.

10  So like I don't think I ever got anything

11  to me that had not been opened by someone,

12  but it's not the Committee, it never

13  entered the Committee, none of us ever saw

14  it.

15      Q.    Okay, Mr. Nunes --

16      A.    Do you under --

17      Q.    I'm sorry.

18      A.    I just want to make sure you

19  understand.

20      Q.    I hear you, I hear you, I

21  understand.

22            And so what I'm trying to -- my

23  last question before we take a break to

24  have some food is what evidence, if any, do

25  you have that the package that was received
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

1                  Devin G. Nunes

2    on December 11, 2019, as reflected in your

3    letter to AG Barr, that that package was

4    turned over to the FBI?

5              MR. GREAVES:  Objection; asked

6         and answered.

7         Q.    What evidence do you have?

8              MR. GREAVES:  You can answer.

9         A.    We have answered it over and

10   over again.  The package was turned over to

11   the FBI.

12        Q.    And that's your testimony?

13        A.    It's my testimony that it was

14   turned over to the FBI.  The letter was

15   sent to the FBI -- I mean to the DOJ, and

16   numerous people all knew that it was turned

17   over to the FBI.  I don't know why you're

18   making -- it seems like we spent three

19   hours on this.

20        Q.    Well, because it's important.

21   We're being sued for hundreds of millions

22   of dollars, according to your complaint, on

23   this particular issue, and so we do take it

24   seriously and that's why we're spending

25   time on it.  I'm sorry, we don't want to be

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

1                    Devin G. Nunes

2    here anymore than you.

3             I can represent to you,

4    Mr. Nunes, that I spoke to Attorney General

5    Barr.  He has no recollection of receiving

6    this letter.

7             Does that surprise you?

8        A.    No.

9        Q.    Why?

10       A.    Because just like me, I don't

11   have recollection going back that far

12   anyway.

13             MS. McNAMARA:  Why don't we

14        take a break for lunch.

15             How much time do you think you

16        guys need?

17             MR. GREAVES:  Let's do 30

18        minutes, if that's okay with the

19        court reporter.

20             MS. McNAMARA:  Okay.

21             THE VIDEOGRAPHER:  We're off

22        the record.  The time is 12:46.

23             (Lunch recess taken.)

24             THE VIDEOGRAPHER:  We're back

25        on the record.  The time is 1:26.

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

1                    Devin G. Nunes

2        A.    But that's my point to you is

3   this is how disinformation ops are run.

4        Q.    Do you know --

5        A.    And this is a known guy that

6   would always run the -- they will always

7   run these.  He would be one of the lead

8   guys they would go to.

9        Q.    But this wouldn't have

10  supported your conclusion that the package

11  you received from Mr. Derkach in December

12  of 2019 was a disinformation op, would it?

13       A.    Well, this proves that it's a

14  disinformation op because you have the

15  Democrats using it in order to run a

16  disinformation campaign.

17       Q.    And it's seven months later, is

18  it not, after you received the package.  So

19  you wouldn't have known this at the time

20  that you received the package in

21  December 2019, did you?

22       A.    No, but I'm saying -- no, I

23  would not have, obviously.  It's just very

24  telling.

25       Q.    Did you or Mr. Langer provide a

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1                 Devin G. Nunes

 2   response to Mr. Cheney about the reporting

 3   he was seeking comment on?

 4        A.    I don't acknowledge Cheney.  I

 5   don't even know where he's working anymore.

 6        Q.    So is the answer no, you did

 7   not provide a response to Mr. Cheney?

 8        A.    No.

 9        Q.    No, you did not?

10        A.    No, I did not.

11        Q.    Without responding to Politico,

12   it couldn't reflect that you denied the

13   allegations concerning receipt of the

14   package and whether you turned it over to

15   the FBI or not, did you?

16        A.    We don't speak -- I don't speak

17   to any of the fake news.

18        Q.    And you considered Politico

19   part of the fake news; isn't that right?

20        A.    Yes, especially this guy.

21        Q.    Did you consider MSNBC to be

22   part of the fake news?

23        A.    Yeah, I had very little

24   dealings with them, but Rachel Maddow for

25   sure.
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1                Devin G. Nunes

 2       Q.    Was part of the fake news?

 3       A.    Yes.

 4       Q.    As consistent with your policy,

 5   you wouldn't respond to comments from

 6   Rachel?

 7       A.    I'm talking about myself

 8   personally.  It doesn't mean that there

 9   wouldn't be a spokesman or somebody like

10   that that would respond.  We would respond

11   if it was, you know -- what little times

12   they were relevant, we would respond.

13       Q.    Mr. Langer testified that he

14   would never respond, consistent with your

15   policy, to the mainstream media, including

16   MSNBC, was he wrong?

17            MR. GREAVES:  Objection to

18        form.

19       A.    I don't think Mr. Langer would

20   have said that he never -- I never respond.

21   I don't think there's anything out there

22   that I never -- I don't acknowledge

23   questions from them.

24            But it wouldn't mean that

25   another member or somebody, a spokesman for
```

Devin G. Nunes    Attorneys Eyes Only
February 08, 2024

1                    Devin G. Nunes

2    the Committee, or something along those

3    lines.  I know we've done some responses.

4         Q.    Can you identify for me any

5    response that you have provided to The

6    Rachel Maddow Show in 2020 or 2021?

7         A.    I don't know that we've ever

8    even been reached out to by The Rachel

9    Maddow Show.

10        Q.    Can you give me any example,

11   assuming that you were reached out to, can

12   you give me any example that you or your

13   representative provided a comment to MSNBC,

14   including The Rachel Maddow Show?

15        A.    If we would have been reached

16   out to by MSNBC, we would have had the

17   email, if it was via email.

18        Q.    I'm asking -- I'm not asking

19   specific to the segment, Mr. Nunes, with

20   this question.  I'm asking if during the

21   period of time of 2020 and 2021, whether

22   you can identify for me any example where

23   you responded to a question from The Rachel

24   Maddow Show, you or your representative?

25        A.    No, I'm not aware there ever

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1                 Devin G. Nunes

 2   requests for comment?

 3       A.    Yeah, I'm not going to

 4   acknowledge.  Natasha Bertrand and Kyle

 5   Cheney, these are well-known propaganda.

 6   So anything that's in here, I'm not going

 7   to acknowledge.

 8       Q.    So the answer would be in that

 9   circumstance, Politico was reporting

10   accurate information that both you and

11   Mulvaney declined repeated requests for

12   comment?

13       A.    Nothing that Politico does is

14   accurate in my opinion.  So I would not

15   take anything that's written there,

16   specially by these characters.

17       Q.    You've just testified that you

18   did not provide comment to Politico; isn't

19   that right?

20       A.    This has nothing to do with

21   Politico.  I never respond to fake news,

22   ever.

23       Q.    Or Langer, Mr. Langer?

24       A.    No, Langer could potentially.

25   Not very often, but he could have at times.
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1                  Devin G. Nunes

 2        Q.    As you sit here today, do you

 3   have any reason to believe that Mr. Langer

 4   responded to the questions raised by

 5   Mr. Cheney?

 6        A.    We would never -- we would

 7   never respond to Cheney.

 8        Q.    So it was accurate for the

 9   article to report that you declined a

10   request for comment; isn't that right?

11              MR. GREAVES:  Objection to

12        form.

13        A.    I already answered the

14   question.

15        Q.    Well, what's the answer?

16        A.    The answer is that Politico is

17   a disinformation operation and these are

18   lunatics.

19        Q.    I understand that you believe

20   they are a disinformation operation and

21   that these are lunatics, I get that.

22              I'm trying to establish whether

23   it was accurate for them to report that you

24   refused to comment?

25        A.    Sorry, I'll let you finish.
```

Devin G. Nunes   Attorneys Eyes Only
February 08, 2024

```
 1                Devin G. Nunes

 2               We would never respond.  They

 3     know we're never going to respond.  It's

 4     clear in the text message that was provided

 5     there that this is an operation to get a

 6     headline exactly like this one.

 7        Q.    The article reports that the

 8     information -- it reports the packets were

 9     sent to pressure Ukraine -- strike that.

10               It says:  "The packets were

11     sent in a Democratic push to impeach Trump

12     over his effort to pressure Ukraine's

13     president to investigate Biden and his son

14     Hunter, the sources said.  This is after

15     identifying in the second paragraph that

16     the packets were sent late last year to

17     representative Devin Nunes, Senators

18     Lindsey Graham and Chuck Grassley."

19               Do you see that?

20        A.    I'll trust you, you're reading

21     it to me, but if you want me to look at it.

22        Q.    Then it says:  "One person

23     familiar with the matter, so the

24     information was not turned over to the

25     FBI."
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

1                    Devin G. Nunes

2              Do you recall whether that that

3    was reported by Politico?

4         A.    Once again, Politico was not a

5    credible news operation.

6         Q.    After this article was

7    published, did you ask Politico to correct

8    the article concerning its contention that

9    you never turned the package over to the

10   FBI?

11        A.    I wouldn't have known much

12   about this other than, like I said, seeing

13   the headline, knowing that it's the same

14   old -- same old op.  And this was part of a

15   big op if you look back on the dates, you

16   know.  I mean they're bringing this up,

17   they're sending letters, Democrat letters

18   signed by all the leaders.

19        Q.    So is the answer no, that you

20   never asked Politico to correct this

21   information?

22        A.    The answer is I wouldn't even

23   know who to talk to at Politico because I

24   don't talk to them, and they know that.

25        Q.    Mr. Langer would presumably

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1              Devin G. Nunes

 2    know who to speak to?  Did you --

 3         A.    I doubt -- sorry.

 4         Q.    Did you know whether Mr. Langer

 5    ever asked Politico to correct this

 6    contention that it published on July 23,

 7    2020, that you never turned the package

 8    over to the FBI?

 9         A.    I believe that our position

10    with Politico was that they had so many

11    fake news stories, that until they pulled

12    down those fake news stories, we weren't

13    acknowledging them as a news agency.

14         Q.    So you never asked them to

15    correct this information; isn't that

16    correct?

17         A.    I wouldn't --

18         Q.    Yes?

19         A.    I wouldn't ask.  If they're not

20    a news agency, then there would be no

21    reason for me to ask.

22         Q.    Okay.  Did you ever sue

23    Politico over the publication that you have

24    failed to turn the package over to the FBI?

25         A.    No, I don't think so, but it
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

1                    Devin G. Nunes

2    lawmaker who met with Trump's personal

3    lawyer Rudy Giuliani in Kyiv last December

4    to discuss investigating the Biden family."

5              So the packets that are being

6    referred to in paragraph 2, they're

7    presumably the same packet that you contend

8    was received on December 11th from

9    Mr. Derkach, and the Politico article is

10   reporting that that information was not

11   turned over to the FBI.

12             That's all I'm trying to say is

13   that did you --

14       A.    I --

15             MR. GREAVES:  Just wait for a

16        question.

17       Q.    Did you sue Politico over that

18   contention?

19             MR. GREAVES:  Objection to

20        form, but you can answer the

21        question.  It's a yes-or-no question,

22        you can answer it.

23       A.    I'm going to -- what I'm saying

24   here is I don't -- I'm not reading what

25   you're -- what you're reading.  You're

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1                  Devin G. Nunes
 2    asking me if I sued over, what would I sue
 3    over?  I mean, I guess the headline.
 4         Q.    Did you sue Politico in any way
 5    for any reason over this article?
 6         A.    Not that I'm aware of, or no,
 7    no, I did not.
 8         Q.    And you previously indicated
 9    that you would not find Politico ever to be
10    credible; is that right?
11         A.    That's correct.
12         Q.    What news organizations do you
13    believe are credible, if any?
14         A.    I don't know.  I think there's
15    journalists that do a good job that are out
16    there.
17         Q.    Can you name journalists
18    associated with any news organization?
19         A.    You really want -- you're
20    asking me that question, that's relevant
21    for what you need?
22         Q.    Yes.
23         A.    Explain, why do you need it?
24              MR. GREAVES:  Just answer the
25         question.
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

1                    Devin G. Nunes

2          A.    Well, I'm just trying to...

3          Q.    Well, it's clearly relevant as

4    to kind of your communications with the

5    media and your refusal to comment to

6    certain news organizations.

7                I'm entitled to ask the

8    questions, Mr. Nunes.  You need to answer

9    my question.  Unless your attorney

10   instructs you not to answer the question,

11   you need to answer the question.

12         A.    Okay.

13         Q.    So can you name any credible

14   news organizations that you believe to be

15   credible?

16         A.    Yeah.  I mean off the top of my

17   head, I would say that I find that Just the

18   News is a good website, Breitbart generally

19   is a good website, the Federalist.  There

20   are some smaller ones, but yeah.  I would

21   have to think more about it.

22         Q.    Would you put Rachel Maddow in

23   the bucket of credible news organizations

24   or news reports?

25         A.    No, I do not.

Devin G. Nunes   Attorneys Eyes Only
February 08, 2024

```
 1                  Devin G. Nunes
 2    is exactly what I've been saying to you
 3    this entire day here, and it still holds
 4    true to today.
 5                  What we were investigating and
 6    the reason that we were looking at all of
 7    this is because the Democrats were involved
 8    in a disinformation operation, and they
 9    were bringing people involved in it.  That
10    quote is still -- still accurate.
11         Q.    It was a simple question,
12    Mr. Nunes.  My question is did you tell
13    Breitbart News that you turned the package
14    over to the FBI?
15         A.    I have no idea.  I mean, I
16    doubt that I would get into Committee
17    business.
18         Q.    Okay.
19         A.    So I doubt that I told them,
20    because I don't think that we would -- plus
21    this is like six or seven months later.
22         Q.    So the article does not reflect
23    that you told them that you turned the
24    package over to the FBI.  Do you have any
25    reason to believe that you in fact told
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1                 Devin G. Nunes

 2   them?

 3        A.    I would think that I would not

 4   have told them.

 5        Q.    Okay.

 6        A.    But it was a long time ago.

 7        Q.    Why didn't you clear it up that

 8   since this was a question that was being

 9   reported on by multiple news organizations

10   at the time, why didn't you try to clear

11   the air and explain that you did indeed

12   turn this package over to the FBI?

13        A.    Clear the air on what?

14        Q.    On whether you turned the

15   package over to the FBI.

16        A.    That's the only one that's --

17   because it's a made up story.

18        Q.    Well, it's not made up.  You

19   did receive a package from Mr. Derkach --

20        A.    It's a -- it's a --

21        Q.    -- did you not?

22        A.    Sorry, I won't talk over you.

23        Q.    You did receive a package from

24   Mr. Derkach, did you not?

25        A.    It's a made up story that we
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1                    Devin G. Nunes
 2   did not turn it over to the FBI.
 3        Q.    And I'm asking you why didn't
 4   you try to clear the air and explain --
 5        A.    You're saying -- I'm not aware
 6   of any air that needs to be cleared at the
 7   time because you have -- they're
 8   spinning -- they're spinning stories and
 9   you can't just -- you know, our experience
10   is you can't just clear the air.  There's
11   no clearing the air.  We tried to clear the
12   air by suing your client, but they don't
13   want -- they don't want to clear the air.
14        Q.    So you were asked about it in
15   the Committee hearing by Mr. Maloney and
16   you didn't answer it then?
17        A.    No, no, no.  Back up again.
18   That's not how the process works.
19            Members of Congress do not --
20   are not witnesses.  So Maloney could ask me
21   whether or not I like being in New York
22   City, I don't know, he could have asked me
23   anything, but you're not going to respond
24   to him.  In a business meeting you're not
25   going to have that type of activity.
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1                 Devin G. Nunes

 2        A.    Um-hum.

 3        Q.    And you left Congress as of

 4   January 1, 2022; is that right?

 5        A.    That's correct.

 6        Q.    And you moved to TMTG; is that

 7   correct?

 8        A.    Yes.

 9        Q.    And your position is CEO?

10        A.    Yes.

11        Q.    And what do your

12   responsibilities involve as CEO of TMTG?

13        A.    Well, we're just a small little

14   R&D, research and development company.

15   We're building out infrastructure that is

16   uncancelable, and where we don't have to

17   rely on anyone for that infrastructure.

18        Q.    What do you mean uncancelable?

19        A.    Meaning that we don't rely on,

20   like, your typical big tech companies like,

21   say, an Amazon or Microsoft, people like

22   that.

23        Q.    So you're building the

24   structure yourself?

25        A.    Yes.
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

1                    Devin G. Nunes

2    BY MS. McNAMARA:

3         Q.    Mr. Nunes, when were you first

4    assigned to the House Permanent Select

5    Committee on Intelligence, do you know?

6         A.    2011.

7         Q.    And who was it that assigned

8    you to HPSCI?

9         A.    Ultimately it's the Republican

10   conference.

11        Q.    Is that Representative Boehner

12   at the time?

13        A.    Well, he makes selection, but

14   then you're approved by the -- by the whole

15   Congress.

16        Q.    And did you obtain a security

17   clearance once you were assigned to HPSCI?

18        A.    No, you -- members are -- have

19   security clearances based on their

20   position.

21        Q.    So you already had one?

22        A.    Well, when you're elected you

23   have a security clearance.

24        Q.    Did you obtain any higher

25   status of security clearance once you were

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1                   Devin G. Nunes

 2    assigned to HPSCI?

 3         A.    You -- I think you sign, if I

 4    recall right, you sign an additional

 5    document.

 6         Q.    Do you recall whether you did

 7    that?

 8         A.    I think you had to do it

 9    every -- like at the beginning of every

10    Congress.

11         Q.    And you became chairman of the

12    Committee in 2014; is that right?

13         A.    20 -- yeah, I took over -- I

14    think it was decided in '14, but then I

15    took over in '15.

16         Q.    How did your responsibilities

17    change, if at all, once you became

18    chairman?

19         A.    Well, you're then in charge of

20    the Committee.

21         Q.    And what does that involve?

22         A.    The budget, the security, the

23    agenda.

24         Q.    The Russian investigation arose

25    during your tenure as chair of the HPSCI;
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
1                Devin G. Nunes
2         February 2, 2018 from Don McGahn to
3         The Honorable Devin Nunes, marked for
4         identification.)
5         Q.    Do you see that this -- this is
6    a memo that was attached to Mr. McGahn's
7    letter to you that's dated January 18,
8    2018.  Do you see that?
9         A.    Okay.
10        Q.    It's from the HPSCI Majority
11   Staff to the HPSCI Majority Members.  At
12   this time you were on the majority, were
13   you not?
14        A.    Yes.
15        Q.    And so this would have been a
16   memo to you because you were part of the
17   majority members?
18        A.    Yes.
19        Q.    Do you see in the first
20   paragraph that it says, amongst other
21   things, that:  "Our findings, which are
22   detailed below, 1) raise concerns with the
23   legitimacy and legality of certain DOJ and
24   FBI interactions with the Foreign
25   Intelligence Surveillance Court, and 2)
```

Devin G. Nunes    Attorneys Eyes Only
February 08, 2024

1              Devin G. Nunes

2    represent a troubling breakdown of legal

3    processes established to protect the

4    American people from abuses related to the

5    FISA process."

6              Do you see that?

7        A.    Yep.

8        Q.    Was it -- was it a conclusion

9    of yours that you had serious concerns

10   about the trustworthiness of the DOJ and

11   the FBI?

12       A.    Well, yes, we were

13   investigating them.

14       Q.    And is it fair to say that you

15   thought, and I think you stated publicly,

16   that at least some members of the FBI were

17   corrupt?

18       A.    Yes, very much so.

19       Q.    I believe you stated publicly

20   that they were dirty?

21       A.    That's correct.

22       Q.    And I believe you stated

23   publicly at various times that they were

24   part of the deep state; is that correct?

25       A.    You can call it whatever you

```
 1                  Devin G. Nunes

 2    want to call it, but that's one of the

 3    terms.

 4         Q.    So beginning around this time

 5    with your investigation in 2018, you had

 6    serious distrust of the FBI; isn't that

 7    right?

 8         A.    I mean I still have distrust of

 9    the FBI.

10         Q.    I'm going to turn to this

11    lawsuit, back to this lawsuit, Mr. Nunes.

12    I believe we've touched on this a number of

13    times, but it's accurate that you have

14    filed a number of defamation suits against

15    various entities, including media

16    organizations; is that right?

17         A.    Yes.

18         Q.    And many of them precede this

19    litigation that you filed in August of

20    2021; is that right?

21         A.    Yes.

22         Q.    You started suing pretty

23    regularly in 2019 maybe?

24         A.    I think that's accurate.

25         Q.    One of your first lawsuits was
```

Devin G. Nunes   Attorneys Eyes Only
February 08, 2024

```
 1                  Devin G. Nunes

 2   a lawsuit against Twitter, including the

 3   Devin Nunes' Mom and the Devin Nunes' Cow

 4   account?

 5        A.    That's inaccurate.

 6        Q.    That's inaccurate?

 7        A.    Yeah.

 8        Q.    Why?  How is that inaccurate?

 9        A.    Because what we were suing, as

10   I recall, it was Twitter and McClatchy.

11        Q.    Okay.  But you were suing

12   concerning Twitter's accounts, Devin Nunes'

13   Mom and Devin Nunes' Cow; isn't that right?

14        A.    No, that is a fabrication.

15        Q.    Let me show you what we can

16   have marked as Defendant's Exhibit 41,

17   which is a copy of the complaint you filed

18   against Twitter.

19             (Exhibit 41, Complaint, marked

20         for identification.)

21        Q.    Mr. Nunes, does this appear to

22   be an accurate copy of the complaint that

23   you filed against Twitter, Inc., Elizabeth

24   "Liz" Mair, including Devin Nunes' Mom and

25   Devin Nunes' Cow?
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

1                    Devin G. Nunes

2          A.    It continues to, yeah.

3          Q.    And it was destroyed to the

4     tune of your alleged damages which are

5     hundreds of millions of dollars.

6          A.    As I understand, ultimately

7     that's up to a jury to decide.

8          Q.    But this is what you believed,

9     this is what you represented; isn't that

10    right?

11         A.    Yes.

12         Q.    Now in December 2019 you also

13    filed a lawsuit against CNN.  Do you recall

14    that?

15         A.    Yes.

16         Q.    And do you recall what that

17    lawsuit concerned?

18         A.    That's the one I had mentioned

19    earlier that I was meeting with Russians in

20    Vienna or something.

21         Q.    Right, the Viktor Shokin

22    lawsuit?

23         A.    I don't know.

24         Q.    There's a nice picture of I

25    think Parnas in the lawsuit.

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1                    Devin G. Nunes

 2       A.    Okay.

 3       Q.    Did you know Mr. Parnas?

 4       A.    No.

 5       Q.    You never met Mr. Parnas even

 6  though Mr. Harvey had regular contact with

 7  him?

 8             MR. GREAVES:  Objection to

 9        form.

10       A.    Yeah, that's -- Mr. Harvey did

11  not have regular contact with Mr. Parnas.

12       Q.    Okay.  Well, I'll get it out

13  after a break, but I can show you that he

14  did.

15       A.    We're going until 5, right?

16             MR. GREAVES:  How are we doing

17        on time?

18             MS. McNAMARA:  We have a little

19        ways to go.  If you want to take a

20        little break, though --

21             MR. GREAVES:  I mean how much

22        time do we have left?

23             THE VIDEOGRAPHER:  I have 5:28.

24             MS. McNAMARA:  We have five

25        hours and 28 minutes.  So it's five
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
1                Devin G. Nunes

2          and a half hours you're on the

3          record.

4                THE WITNESS:  Well, I'm not

5          going to stop because I have things

6          to do.

7                MS. McNAMARA:  You're not going

8          to stop?

9                THE WITNESS:  I mean keep

10          going, the clock's on.

11               MS. McNAMARA:  Okay, okay.

12     BY MS. McNAMARA:

13          Q.    In the lawsuit that you filed

14     against CNN you claimed $435 million in

15     damages, actual damages.  Do you recall

16     that?

17          A.    I don't recall the number.

18          Q.    Does that sound right to you?

19          A.    Sure.

20          Q.    And you also claimed $350,000

21     in punitive damages.  Do you recall that?

22          A.    No.

23          Q.    Does that sound right to you?

24          A.    If you say so.

25          Q.    And you also sued the
```

Devin G. Nunes  Attorneys Eyes Only
February 08, 2024

```
 1              Devin G. Nunes

 2            C E R T I F I C A T E

 3

 4    STATE OF NEW YORK  )

 5         : ss

 6    COUNTY OF BRONX    )

 7

 8         I, ROBERTA CAIOLA, a Certified

 9    Shorthand Reporter, do hereby certify:

10         That DEVIN G. NUNES, the witness

11    whose deposition is hereinbefore set forth,

12    was duly sworn by me and that such

13    deposition is a true record of the

14    testimony given by the witness.

15         I further certify that I am not

16    related to any of the parties to this

17    action by blood or marriage, and that I am

18    in no way interested in the outcome of this

19    matter.

20         IN WITNESS WHEREOF, I have hereunto

21    set my hand on February 19, 2024

22

23    _____

24              ROBERTA CAIOLA

25
```