McNamara Declaration

Exhibit 18

# Congress of the United States
## Washington, DC 20515

July 13, 2020

EXHIBIT
28
2-8-24

The Honorable Christopher A. Wray
Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, D.C. 20535

Dear Director Wray:

We write to request that the Federal Bureau of Investigation provide a defensive counterintelligence briefing to all Members of the House of Representatives and the Senate regarding foreign efforts to interfere in the 2020 U.S. presidential election.

We are gravely concerned, in particular, that Congress appears to be the target of a concerted foreign interference campaign, which seeks to launder and amplify disinformation in order to influence congressional activity, public debate, and the presidential election in November.

Given the seriousness and specificity of these threats, as members of congressional leadership and the congressional intelligence committees we believe it is imperative that the FBI provide a classified defensive briefing to all Members of Congress and that the briefing draw on all-source intelligence information and analysis, consistent with due regard for the protection of sensitive intelligence sources and methods.

Due to the ongoing nature of these threats, we ask that the FBI provide this briefing prior to the August recess at the earliest possible opportunity, and that your office outline a plan for the briefing by Monday, July 20.

We appreciate your prompt attention to this important request.

Sincerely,

Nancy Pelosi
Speaker
U.S. House of Representatives

Charles E. Schumer
Democratic Leader
U.S. Senate

Adam B. Schiff
Chairman
U.S. House of Representatives
Permanent Select Committee on Intelligence

Mark R. Warner
Vice Chairman
U.S. Senate
Select Committee on Intelligence

Enclosure:   Addendum

UNCLASSIFIED WHEN SEPARATED FROM ATTACHMENT

CC	The Honorable John Ratcliffe, Director of National Intelligence
	The Honorable Gina Haspel, Director, Central Intelligence Agency
	The Honorable Paul M. Nakasone, Director, National Security Agency

UNCLASSIFIED WHEN SEPARATED FROM ATTACHMENT

2