# McNamara Declaration
# Exhibit 19

Message

| | |
|---|---|
| **From:** | Alexander, Matthew (NBCUniversal) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AAEECB484B70484BAB8330B1ECA49726-ALEXANDER,] |
| **Sent:** | 7/20/2020 4:25:30 PM |
| **To:** | Desiderio, Kelsey (NBCUniversal) [o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=899f528d0c6c4446aae024efa8b4183b-Desiderio,]; Maddow, Rachel (NBCUniversal) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3b5fe7ebd846479c8ceddabb373cf994-Maddow, Rac]; @MSNBC Rachel Maddow Show [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c7651293bec421e91df49cdefa08fac-@MSNBC Rach]; Steve Benen |
| **Subject:** | RE: Pelosi, Schumer, Schiff, Warner Send Letter to FBI Director Requesting Defensive Counterintelligence Briefing for All Members |

Yes, Kelsey is right.
That is the reason but sounds like we're not not gonna get any more info beyond that.

I was forwarded the same statement in NPR article...

**On background (as a congressional official):**
To ensure a clear and unambiguous record of the counterintelligence threats of concern, the four enclosed with the letter a classified addendum that draws, in large part, from the Executive Branch's own reporting and analysis. The counterintelligence experts at the FBI must provide the full Congress with a defensive counterintelligence briefing on these threats before the August recess.

**From:** Desiderio, Kelsey (NBCUniversal)
**Sent:** Monday, July 20, 2020 4:18 PM
**To:** Maddow, Rachel (NBCUniversal) ; @MSNBC Rachel Maddow Show ; Steve Benen
**Subject:** RE: Pelosi, Schumer, Schiff, Warner Send Letter to FBI Director Requesting Defensive Counterintelligence Briefing for All Members

I don't think so, but apparently the letter came with a classified appendix, hence the note at the very bottom:

The lawmakers included a classified appendix to their public letter. Its contents weren't known.

A congressional official said the material was based on reporting and intelligence from within the government.

https://www.npr.org/2020/07/20/893146728/pelosi-dems-cite-election-interference-in-request-for-info-from-fbi

**From:** Maddow, Rachel (NBCUniversal)
**Sent:** Monday, July 20, 2020 4:16 PM
**To:** Desiderio, Kelsey (NBCUniversal) ; @MSNBC Rachel Maddow Show ; Steve Benen
**Subject:** RE: Pelosi, Schumer, Schiff, Warner Send Letter to FBI Director Requesting Defensive Counterintelligence Briefing for All Members

almost ready -- sorry to be late.

do we know what this is about?

RM

**From:** Desiderio, Kelsey (NBCUniversal)
**Sent:** Monday, July 20, 2020 2:15 PM
**To:** @MSNBC Rachel Maddow Show                              ; Maddow, Rachel (NBCUniversal)                              ; Steve Benen
**Subject:** FW: Pelosi, Schumer, Schiff, Warner Send Letter to FBI Director Requesting Defensive Counterintelligence Briefing for All Members

---

**From:** Talbot, Haley (NBCUniversal)
**Sent:** Monday, July 20, 2020 2:13 PM
**To:** @NBC Uni News Political Desk                              ; CapHill NXC
**Subject:** Pelosi, Schumer, Schiff, Warner Send Letter to FBI Director Requesting Defensive Counterintelligence Briefing for All Members

From your Hill team –

Top Democrats including Speaker Pelosi, Senate Democratic Leader Schumer, House Intelligence Chairman Schiff, and Senate Intelligence Vice Chairman Warner sent a letter to FBI Director Wray "requesting the Bureau provide a defensive counterintelligence briefing before August to all Members of the House of Representatives and the Senate regarding foreign efforts to interfere in the 2020 U.S. presidential election."

They write in part: "We are gravely concerned, in particular, that Congress appears to be the target of a concerted foreign interference campaign, which seeks to launder and amplify disinformation in order to influence congressional activity, public debate, and the presidential election in November."

They ask "that the FBI provide this briefing prior to the August recess at the earliest possible opportunity, and that your office outline a plan for **the briefing by Monday, July 20.**"

The full letter can be found here.



# Pelosi, Schumer, Schiff, Warner Send Letter to FBI Director Requesting Defensive Counterintelligence Briefing for All Members

**FOR IMMEDIATE RELEASE:** Monday, July 20, 2020

**Contacts:** Ashley Etienne (Pelosi), 202-226-7616
Justin Goodman (Schumer), Press@schumer.senate.gov
Patrick Boland (Schiff), 202-225-4176
Rachel Cohen (Warner), 202-228-6884

**Washington, DC** – Last week, Speaker of the House Nancy Pelosi (D-CA), Senate Democratic Leader Chuck Schumer (D-NY), House Intelligence Committee Chairman Adam Schiff (D-CA), and Senate Intelligence

Committee Vice Chairman Mark Warner (D-VA) sent a letter to FBI Director Christopher Wray requesting the Bureau provide a defensive counterintelligence briefing before August to all Members of the House of Representatives and the Senate regarding foreign efforts to interfere in the 2020 U.S. presidential election.

In the letter, they write:

**"We are gravely concerned, in particular, that Congress appears to be the target of a concerted foreign interference campaign, which seeks to launder and amplify disinformation in order to influence congressional activity, public debate, and the presidential election in November."**

The full letter can be found here, and the text is below:

UNCLASSIFIED WHEN SEPARATED FROM ATTACHMENT

July 13, 2020

The Honorable Christopher A. Wray
Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, D.C. 20535

Dear Director Wray:

We write to request that the Federal Bureau of Investigation provide a defensive counterintelligence briefing to all Members of the House of Representatives and the Senate regarding foreign efforts to interfere in the 2020 U.S. presidential election.

We are gravely concerned, in particular, that Congress appears to be the target of a concerted foreign interference campaign, which seeks to launder and amplify disinformation in order to influence congressional activity, public debate, and the presidential election in November.

Given the seriousness and specificity of these threats, as members of congressional leadership and the congressional intelligence committees we believe it is imperative that the FBI provide a classified defensive briefing to all Members of Congress and that the briefing draw on all-source intelligence information and analysis, consistent with due regard for the protection of sensitive intelligence sources and methods.

Due to the ongoing nature of these threats, we ask that the FBI provide this briefing prior to the August recess at the earliest possible opportunity, and that your office outline a plan for the briefing by Monday, July 20.

We appreciate your prompt attention to this important request.

Sincerely,

| | |
|---|---|
| Nancy Pelosi<br>Speaker<br>U.S. House of Representatives | Charles E. Schumer<br>Democratic Leader<br>U.S. Senate |
| Adam B. Schiff<br>Chairman<br>U.S. House of Representatives<br>Permanent Select Committee on Intelligence | Mark R. Warner<br>Vice Chairman<br>U.S. Senate<br>Select Committee on Intelligence |

Enclosure:     Addendum

CC             The Honorable John Ratcliffe, Director of National Intelligence
               The Honorable Gina Haspel, Director, Central Intelligence Agency
               The Honorable Paul M. Nakasone, Director, National Security Agency

UNCLASSIFIED WHEN SEPARATED FROM ATTACHMENT

\#\#\#

Permalink: https://intelligence.house.gov/news/documentsingle.aspx?DocumentID=1029

CONFIDENTIAL                                                                                                                         NBCU0000864