McNamara Declaration

Exhibit 23

Message

| | |
|---|---|
| **From:** | Maddow, Rachel (NBCUniversal) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3B5FE7EBD846479C8CEDDABB373CF994-MADDOW, RAC] |
| **Sent:** | 3/18/2021 4:02:42 PM |
| **To:** | @MSNBC Rachel Maddow Show [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c7651293bec421e91df49cdefa08fac-@MSNBC Rach]; Steve Benen |
| **Subject:** | meeting |

notes below.
RM

CONFIDENTIAL

NBCU0000093

folo on the intelligence committee report on russian attack on the 2020 election.

russia recalls ambassador to washington for "consultations"

intelligence community knew about it and sat on it for the duration of the election, per white house pressure. nyt today.

ratcliffe flat-out lied about china. and rosen, barr, o'brien -- matthew's sot montage

also grenell flat-out lied about russia not doing anything.

pierson briefed congress truthfully, republicans freaked out, she was removed and so was dni maguire.

caputo telizhenko "documentary" mentioned in odni report. his past with manafort and deripaska -- russian influence operations. he then went on to be hhs spox undercutting cdc. russian disinfo targeting vaccine confidence and covid info in the us

CONFIDENTIAL                                                                                                              NBCU0000094

nunes entwined with derkach too. he's the ranking republican on the intelligence committee! derkach was "under the purview of putin" -- fed stuff to ron johnson and to nunes as well. steve's post on this is very good.

maloney on nicolle's show: "they were so comfortable using people like Nunes that a known Russian asset sent information to Devon Nunes at the intelligence committee, we had the package receipt

"does the ranking member wish to respond? NO."

democrats were right about the russian effort to target biden, and republicans helping with it. and fbi was right to warn. they blew off the warnings, whinged about the democrats' complaints, and kept doing it. now intelligence community is saying the democrats were right -- this was an attack on us by a foreign power.   republicans are like... MR. POTATO HEAD! LOOK!

the warnings are key. If you unknowingly pass on and amplify russian propaganda that's one thing. You're a useful idiot. But if you regurgitate and promote lies t*hat you know come from* Russian intelligence service, then congratulations: you're a russian agent.

biden says putin will pay a price for messing with our elections, yes he's a killer. putin: I'M RUBBER YOU'RE GLUE

more biden sanctions versus russia -- this time targeting chemical weapons re novichok attack on navalny



CONFIDENTIAL                                                                                                                                                                       NBCU0000095