McNamara Declaration

Exhibit 37

EXHIBIT
0046
D. Harvey
09/06/2024



# Extraction Report
Apple iPhone

## Participants


_____ @s.whatsapp.net
Dereck Harvey


_____ @s.whatsapp.net
Lp (owner)

## Conversation - Instant Messages (99)



System Message System Message

Messages to this chat and calls are now secured with end-to-end encryption. Tap for more info.
Platform: Mobile

2/4/2019 9:04:27 PM(UTC+0)

_____ @s.whatsapp.net Lp

Hi Dereck it's lev I'm outside in front of the capitol club
Status: Sent
Platform: Mobile

2/4/2019 9:04:27 PM(UTC+0)

_____ @s.whatsapp.net Lp

https://www.c-span.org/video/?440141-2/vice-president-biden-warns-ongoing-russian-global-interference
Attachments:

Title: Former Vice President Biden Warns Against Ongoing Russian Global Interference
Size: 0
(Empty File)

Status: Sent
Platform: Mobile

2/5/2019 6:30:04 PM(UTC+0)

NBCU0001389



@s.whatsapp.net Lp

https://twitter.com/jackposobiec/status/1093650488657092614?s=12

**Attachments:**

**Title:** Jack Posobiec  on Twitter
**Size:** 5623
**File name:** 78bab169-4e21-4ae2-8a1f-b1da3b62657d.thumb
78bab169-4e21-4ae2-8a1f-b1da3b62657d.thumb

**Status:** Sent
**Platform:** Mobile

2/9/2019 7:11:06 PM(UTC+0)

@s.whatsapp.net Lp

Hi Dereck call me
**Status:** Sent
**Platform:** Mobile

3/1/2019 11:30:13 PM(UTC+0)

@s.whatsapp.net Dereck Harvey

Can we get materials? Sources at State say that there was this push to spend US donor aid in Ukraine.
It's appears the US foreign aid to Ukraine nearly doubled from FY 15 to FY 16 (around $280mm to over $500 million).
Their hunch was that the $ would get grafted by UKR officials. in exchange for $ then given to Clinton Foundation or other social justice causes.
(the rumors the UKR gov liaised with Clinton camp & FBI to dig up dirt on Manafort in 2016 are also in play).
If the increase in aid is accurate, then there's a thread to pull; look at TDY records to Kiev; cables from DC to post, et al; audit donor aid to UKR).
**Status:** Read
**Platform:** Mobile

3/29/2019 3:54:54 PM(UTC+0)



@s.whatsapp.net Lp

Yes ! Let me see how to get it to you
**Status:** Sent
**Platform:** Mobile

3/29/2019 3:59:10 PM(UTC+0)

@s.whatsapp.net Dereck Harvey

Thx
**Status:** Read
**Platform:** Mobile

3/29/2019 4:03:51 PM(UTC+0)

2

NBCU0001390

@s.whatsapp.net Lp
https://youtu.be/HrzCmXWGlyo

Attachments:



Title: John Solomon on the Ukrainian Plot to Help Clinton
Size: 3908
File name: 321c2fb5-9827-454d-80d5-a6e453b56da9.thumb
321c2fb5-9827-454d-80d5-a6e453b56da9.thumb

Status: Sent
Platform: Mobile

3/30/2019 2:17:51 AM(UTC+0)

@s.whatsapp.net Dereck Harvey
Any documents for us or are you going to keep working through Solomon?
Status: Read
Platform: Mobile

4/3/2019 3:45:48 PM(UTC+0)

@s.whatsapp.net Lp
I'm in Israel will call you when I get back and we can meet up
Status: Sent
Platform: Mobile

4/3/2019 11:00:05 PM(UTC+0)

@s.whatsapp.net Lp
Coming to dc tomorrow night
Status: Sent
Platform: Mobile

4/9/2019 5:31:34 AM(UTC+0)

@s.whatsapp.net Dereck Harvey
Good
Status: Read
Platform: Mobile

4/9/2019 10:22:05 PM(UTC+0)

@s.whatsapp.net Lp
I've landed I. My way to the trump Hotel
Status: Sent
Platform: Mobile

4/10/2019 1:05:50 AM(UTC+0)

@s.whatsapp.net Lp
Let Mel ow if you would like to meet up today
Status: Sent
Platform: Mobile

4/10/2019 1:06:03 AM(UTC+0)

3

NBCU0001391



@s.whatsapp.net Dereck Harvey
Tomorrow mid day?
Status: Read
Platform: Mobile
4/10/2019 1:40:47 AM(UTC+0)

@s.whatsapp.net Lp
Status: Sent
Platform: Mobile
4/10/2019 1:41:15 AM(UTC+0)

@s.whatsapp.net Lp
Please let me know what time we can meet thank you
Status: Sent
Platform: Mobile
4/11/2019 4:04:15 PM(UTC+0)

@s.whatsapp.net Dereck Harvey
1:30??
Status: Read
Platform: Mobile
4/11/2019 4:42:30 PM(UTC+0)

@s.whatsapp.net Lp
Perfect at trump
Status: Sent
Platform: Mobile
4/11/2019 4:45:13 PM(UTC+0)

@s.whatsapp.net Dereck Harvey
Yes
Status: Read
Platform: Mobile
4/11/2019 4:52:56 PM(UTC+0)

@s.whatsapp.net Lp
Taking off at 5 please call me before
Status: Sent
Platform: Mobile
4/12/2019 7:11:48 PM(UTC+0)

@s.whatsapp.net Dereck Harvey
Sorry I missed this. I was off the net all afternoon.
Status: Read
Platform: Mobile
4/12/2019 9:11:33 PM(UTC+0)

4

NBCU0001392



@s.whatsapp.net Dereck Harvey

Solomon needs to get me the material.   And we need to set a time for Skype w your
four people.
Status: Read
Platform: Mobile

4/12/2019 9:12:34 PM(UTC+0)

@s.whatsapp.net Lp

Bad reception will call you back
Status: Sent
Platform: Mobile

4/13/2019 6:33:57 PM(UTC+0)

@s.whatsapp.net Lp

Hi Dereck please call me when you have a chance it looks like we can get all the interviews
set up for Tuesday or Wednesday what ever works better for you
Status: Sent
Platform: Mobile

4/13/2019 7:44:45 PM(UTC+0)

@s.whatsapp.net Dereck Harvey

Wednesday would be best here.  It allows me to prep a staff lawyer to assist.  Any
suggested line of questions?   Full names of who we will interview?
Status: Read
Platform: Mobile

4/13/2019 8:44:30 PM(UTC+0)

@s.whatsapp.net Lp

Sounds good will put together there names and questions that I recommend
Status: Sent
Platform: Mobile

4/13/2019 8:46:23 PM(UTC+0)

@s.whatsapp.net Dereck Harvey

Missed your call
Status: Read
Platform: Mobile

4/15/2019 2:29:49 PM(UTC+0)

@s.whatsapp.net Dereck Harvey

My skype is
Status: Read
Platform: Mobile

4/15/2019 11:37:14 PM(UTC+0)

@s.whatsapp.net Dereck Harvey

Do a test Tuesday?
Status: Read
Platform: Mobile

4/15/2019 11:37:30 PM(UTC+0)

5

NBCU0001393



@s.whatsapp.net Lp

Status: Sent
Platform: Mobile

4/15/2019 11:37:41 PM(UTC+0)

@s.whatsapp.net Dereck Harvey

Lev, I have not received anything to assist. I also need some additional time Wednesday to prepare. Can we do this Thursday rather than 1pm Wednesday? Best Derek
Status: Read
Platform: Mobile

4/17/2019 3:44:34 AM(UTC+0)



@s.whatsapp.net Lp
Attachments:

Size: 75229
File name: 45aaeba4-d1b1-4fa4-958e-d9cd3252741f.jpg
Path: https://mmg-fna.whatsapp.net/d/f/Aqi69CrT6-fV3czJak6LJHJug3-CP2aOVKoAEZv8iXK4.enc
45aaeba4-d1b1-4fa4-958e-d9cd3252741f.jpg

Status: Sent
Platform: Mobile

4/17/2019 11:31:14 AM(UTC+0)



@s.whatsapp.net Lp

This is the prosecutor you will interview tomorrow
Status: Sent
Platform: Mobile

4/17/2019 11:31:38 AM(UTC+0)



@s.whatsapp.net Lp

https://www.google.com/search?client=safari&channel=ipad_bm&source=hp&ei=fhW3XMbMFpCakwXrnqFI&q=viktor+shokin&gs_ssp=eJzj4fVP1zc0TDl3SzlviTc2YAQAIN0D3g&oq=&gs_l=mobile-gws-wiz-hp.1.1.41l8.0.0..5769...0.0..0.0.0.......0...........8.eZE3KFkllfg
Attachments:

Title: viktor shokin - Пошук Google
Size: 3749
File name: 5cc5db1b-3db6-454d-9012-06c420c209d7.thumb
5cc5db1b-3db6-454d-9012-06c420c209d7.thumb

Status: Sent
Platform: Mobile

4/17/2019 12:01:27 PM(UTC+0)



@s.whatsapp.net Lp

This is the general prosecutor that got fired by Biden
Status: Sent
Platform: Mobile

4/17/2019 12:02:47 PM(UTC+0)

6

NBCU0001394



@s.whatsapp.net Lp

https://www.google.com/search?client=safari&channel=ipad_bm&ei=hBW3XL7HLcum1fAP-oSvoAo&q=yuri+lutsenko&gs_ssp=eJzj4tTP1TcwLSrLLTNgBAAUTQNA&oq=yuri+lu&gs_l=mobile-gws-wiz-serp.1.0.46i275j46j0l2j46j0l3.178956.182701..185228...0.0..0.195.805.3j4......0....1.......8..41j0i67j46i67i275.ci2ywgejU1E

Attachments:

Title: yuri lutsenko – Пошук Google
Size: 3749
File name: 89b2b59a-ae96-4620-b643-82ab0980a2be.thumb
89b2b59a-ae96-4620-b643-82ab0980a2be.thumb

Status: Sent
Platform: Mobile

4/17/2019 12:04:26 PM(UTC+0)

@s.whatsapp.net Lp

Current general prosecutor

Status: Sent
Platform: Mobile

4/17/2019 12:04:45 PM(UTC+0)

@s.whatsapp.net Lp

https://censor.net.ua/en/news/3115124/ambassador_yovanovitch_sap_chief_kholodnytskyi_must_be_replaced_over_lack_of_trust

Attachments:

Title: Ambassador Yovanovitch: SAP chief Kholodnytskyi must be replaced over lack of trust
Size: 0
(Empty File)

Status: Sent
Platform: Mobile

4/17/2019 12:08:45 PM(UTC+0)

@s.whatsapp.net Lp

This is head of the anti corruption bureau that that the us ambassador came out and said should get fired . He is also the one that heard Sytnik the head of nabu come out and say he leaked the Manafort ledger

Status: Sent
Platform: Mobile

4/17/2019 12:13:24 PM(UTC+0)

@s.whatsapp.net Lp

Let's set up a time that good for you and I can go over each one with you

Status: Sent
Platform: Mobile

4/17/2019 12:14:07 PM(UTC+0)

7

NBCU0001395

@s.whatsapp.net Dereck Harvey
How about 2pm here.  Should we test Skype?
Status: Read
Platform: Mobile
4/17/2019 12:27:14 PM(UTC+0)

@s.whatsapp.net Lp
Sounds good
Status: Sent
Platform: Mobile
4/17/2019 12:32:18 PM(UTC+0)

@s.whatsapp.net Dereck Harvey
Are you up
Status: Read
Platform: Mobile
4/17/2019 6 10:51 PM(UTC+0)

@s.whatsapp.net Lp
Yes trying to get my Skype to work
Status: Sent
Platform: Mobile
4/17/2019 6:12 09 PM(UTC+0)

@s.whatsapp.net Lp
Will call you
Status: Sent
Platform: Mobile
4/17/2019 6:12:15 PM(UTC+0)

@s.whatsapp.net Lp
Just tried you on FaceTime video and what's up video can't get my skype to work
Status: Sent
Platform: Mobile
4/17/2019 6:18:31 PM(UTC+0)

@s.whatsapp.net Lp
I think FaceTime video is perfect
Status: Sent
Platform: Mobile
4/17/2019 6:18:46 PM(UTC+0)

@s.whatsapp.net Dereck Harvey
Okay.   Let's do that then tomorrow
Status: Read
Platform: Mobile
4/17/2019 6:21:54 PM(UTC+0)

8

NBCU0001396



Let's do our call at 12 and we can do the first prosecutor at 1 your time ?
**Status:** Sent
**Platform:** Mobile

4/17/2019 6:23:37 PM(UTC+0)



Okay
**Status:** Sent
**Platform:** Mobile

4/17/2019 8:48:04 PM(UTC+0)



146432 (копия)
**Attachments:**

**Size:** 53283
**File name:** f8f193d3-cfff-483d-9453-2763f738c4be.xlsx
**Path:** https://mmg-fna.whatsapp.net/d/f/AtH_HjmAmXjmprw3XOCCbB1jkf2AAkm6RrdD26Gx_aw.enc
f8f193d3-cfff-483d-9453-2763f738c4be.xlsx

**Status:** Sent
**Platform:** Mobile

4/18/2019 3:10:50 PM(UTC+0)



2844275
**Attachments:**

**Size:** 2844275
**File name:** 602149e1-d7f5-4e76-a073-3014aef3072c.pdf
**Path:** https://mmg-fna.whatsapp.net/d/f/AhH3MjV03DFnNglm2xZacBxjVBKHMwYbfuZsc49aRocb.enc
602149e1-d7f5-4e76-a073-3014aef3072c.pdf

**Status:** Sent
**Platform:** Mobile

4/18/2019 3:11:08 PM(UTC+0)

9

NBCU0001397



██████ @s.whatsapp.net Lp

4169678

**Attachments:**

📄 PDF

**Size:** 4169678
**File name:** b5b807cc-296d-448b-8b4b-49dfe4712246.pdf
**Path:** https://mmg-fna.whatsapp.net/d/f/AmGq1utDCAEIqK40czgjwv1abmBi96AF_nqfF
bqH37H3.enc
b5b807cc-296d-448b-8b4b-49dfe4712246.pdf

**Status:** Sent
**Platform:** Mobile

4/18/2019 3:11:34 PM(UTC+0)

██████ @s.whatsapp.net Lp

Ready whenever you want to call me

**Status:** Sent
**Platform:** Mobile

4/18/2019 5:28:08 PM(UTC+0)

██████ @s.whatsapp.net Dereck Harvey

On Skype waiting for dial in or FaceTime

**Status:** Read
**Platform:** Mobile

4/18/2019 5:35:49 PM(UTC+0)



██████ @s.whatsapp.net Lp

Calling in 10 -15 min

**Status:** Sent
**Platform:** Mobile

4/18/2019 6:03:46 PM(UTC+0)

██████ @s.whatsapp.net Dereck Harvey

Good.   I have do Mueller stuff now.  Tomorrow?
And we will get official request done.

**Status:** Read
**Platform:** Mobile

4/18/2019 7:33:35 PM(UTC+0)



██████ @s.whatsapp.net Lp

**Status:** Sent
**Platform:** Mobile

4/18/2019 7:51:36 PM(UTC+0)

██████ @s.whatsapp.net Lp

Also do you want to interview the general prosecutor who got dieted by Biden ? Also the anti corruption prosecutor ? Let me know

**Status:** Sent
**Platform:** Mobile

4/19/2019 12:43:42 AM(UTC+0)

10

NBCU0001398

@s.whatsapp.net Dereck Harvey
Does tomorrow work?
Status: Read
Platform: Mobile

4/19/2019 12:47:45 AM(UTC+0)

@s.whatsapp.net Lp
Yes
Status: Sent
Platform: Mobile

4/19/2019 12:48:00 AM(UTC+0)

@s.whatsapp.net Lp
Text me in the morning what times work for you
Status: Sent
Platform: Mobile

4/19/2019 12:48:29 AM(UTC+0)

@s.whatsapp.net Lp
And I'll make it happen
Status: Sent
Platform: Mobile

4/19/2019 12:48:43 AM(UTC+0)

@s.whatsapp.net Dereck Harvey
Lev.  I think we are best served by sending the official letter and receiving documentation before any more interviews.
Status: Read
Platform: Mobile

4/19/2019 2:58:08 PM(UTC+0)

@s.whatsapp.net Lp
Sounds good
Status: Sent
Platform: Mobile

4/19/2019 3:00:05 PM(UTC+0)

@s.whatsapp.net Lp
https://www.president.gov.ua/en/news/poroshenko-i-pompeo-obgovorili-zagrozi-renacionalizaciyi-pri-54970
Status: Sent
Platform: Mobile

4/20/2019 4:59:46 PM(UTC+0)



@s.whatsapp.net Dereck Harvey
Need address
Status: Read
Platform: Mobile

4/23/2019 1:16:36 AM(UTC+0)

11

NBCU0001399



@s.whatsapp.net Lp

**Attachments:**

Size: 83558
File name: c278474b-43ce-4be0-918b-1aa72db996b6.jpg
Path: https://mmg-fna.whatsapp.net/d/f/Au--
IiurSLJ26uEiOud5g9QfQQoQVP44axyIhfTsz_qC.enc
c278474b-43ce-4be0-918b-1aa72db996b6.jpg

**Status:** Sent
**Platform:** Mobile

4/23/2019 10:49:54 AM(UTC+0)

@s.whatsapp.net Dereck Harvey

Send to the business address ?
**Status:** Read
**Platform:** Mobile

4/23/2019 12:03:32 PM(UTC+0)



@s.whatsapp.net Lp

Yes
**Status:** Sent
**Platform:** Mobile

4/23/2019 12:08:25 PM(UTC+0)

@s.whatsapp.net Lp

**Attachments:**

Size: 64804
File name: 7dbbe52d-5102-4a3b-a441-e1cf3b848fd6.jpg
Path: https://mmg-fna.whatsapp.net/d/f/Av9z48-
z_d2y49bAineNr6WcokQXclHhys8l47KPnqRw.enc
7dbbe52d-5102-4a3b-a441-e1cf3b848fd6.jpg

**Status:** Sent
**Platform:** Mobile

4/24/2019 5:40:18 PM(UTC+0)

@s.whatsapp.net Dereck Harvey

Fax is best
**Status:** Read
**Platform:** Mobile

4/24/2019 5:41:24 PM(UTC+0)



@s.whatsapp.net Lp

That's fine
**Status:** Sent
**Platform:** Mobile

4/24/2019 5:41:58 PM(UTC+0)

NBCU0001400



@s.whatsapp.net Dereck Harvey

Letter can't go till we get get back in session next week.
**Status:** Read
**Platform:** Mobile

4/26/2019 4:14:10 PM(UTC+0)

s.whatsapp.net Lp

**Status:** Sent
**Platform:** Mobile

4/26/2019 4:14:50 PM(UTC+0)

s.whatsapp.net Lp

Hi Dereck I'll be in dc tonight and tomorrow let's meet up
**Status:** Sent
**Platform:** Mobile

4/29/2019 3:46:38 PM(UTC+0)

s.whatsapp.net Dereck Harvey

Sure thing tomorrow.  Trump?
**Status:** Read
**Platform:** Mobile

4/29/2019 6:45:01 PM(UTC+0)

s.whatsapp.net Lp

Sounds good
**Status:** Sent
**Platform:** Mobile

4/29/2019 6:47:24 PM(UTC+0)

s.whatsapp.net Lp

Tomorrow at 1 at the trump
**Status:** Sent
**Platform:** Mobile

4/30/2019 2:53:33 AM(UTC+0)

s.whatsapp.net Dereck Harvey

Good
**Status:** Read
**Platform:** Mobile

4/30/2019 11:01:24 AM(UTC+0)

System Message System Message

Missed Voice Call
**Platform:** Mobile

4/30/2019 4:26:20 PM(UTC+0)

NBCU0001401



I'll be a few minutes late
**Status:** Read
**Platform:** Mobile

4/30/2019 4:26:36 PM(UTC+0)



**Status:** Sent
**Platform:** Mobile

4/30/2019 4:27:16 PM(UTC+0)

@s.whatsapp.net Dereck Harvey

Here
**Status:** Read
**Platform:** Mobile

4/30/2019 5:05:49 PM(UTC+0)



@s.whatsapp.net Lp

https://thehill.com/opinion/white-house/441580-nellie-ohrs-hi-honey-emails-to-doj-about-russia-collusion-should-alarm-us

Attachments:

**Title:** Nellie Ohr's 'Hi Honey' emails to DOJ about Russia collusion should
**Size:** 4135
**File name:** e212ef3b-ff8a-4d1c-88ef-7516788d2775.thumb
e212ef3b-ff8a-4d1c-88ef-7516788d2775.thumb

**Status:** Sent
**Platform:** Mobile

5/1/2019 8:49:46 PM(UTC+0)



@s.whatsapp.net Lp

https://www.nytimes.com/2019/05/01/us/politics/biden-son-ukraine.html

Attachments:

**Title:** Biden Faces Conflict of Interest Questions That Are Being Promoted by Trump and Allies
**Size:** 5831
**File name:** f2431abd-2a1b-4212-ac7c-d9494b038293.thumb
f2431abd-2a1b-4212-ac7c-d9494b038293.thumb

**Status:** Sent
**Platform:** Mobile

5/2/2019 1:42:20 AM(UTC+0)

NBCU0001402



■■■■■■ @s.whatsapp.net Lp

https://thehill.com/opinion/white-house/441892-ukrainian-embassy-confirms-dnc-contractor-solicited-trump-dirt-in-2016

Attachments:

**Title:** Ukrainian embassy confirms DNC contractor solicited Trump dirt in 2016
**Size:** 4600
**File name:** 9d4d57d5-f577-4efc-af85-f3980037ed28.thumb
9d4d57d5-f577-4efc-af85-f3980037ed28.thumb

**Status:** Sent
**Platform:** Mobile

5/2/2019 11:24:11 PM(UTC+0)

■■■■■■ @s.whatsapp.net Lp

Hi Dereck I'm in DC let's please try to get together later today or sometime tomorrow I'm leaving tomorrow 3 o'clock to the airport think you
**Status:** Sent
**Platform:** Mobile

5/7/2019 7:42:20 PM(UTC+0)

■■■■■■ s.whatsapp.net Dereck Harvey

Tonight?
**Status:** Sent
**Platform:** Mobile

5/7/2019 9:25:34 PM(UTC+0)



■■■■■■ whatsapp.net Lp

**Status:** Sent
**Platform:** Mobile

5/7/2019 9:36:24 PM(UTC+0)

■■■■■■ @s.whatsapp.net Lp

We are at trump with Rudy and John Salomon and joe in private room
**Status:** Sent
**Platform:** Mobile

5/7/2019 9:37:09 PM(UTC+0)

■■■■■■ @s.whatsapp.net Lp

Can you come now
**Status:** Sent
**Platform:** Mobile

5/7/2019 9:37:15 PM(UTC+0)

■■■■■■ s.whatsapp.net Dereck Harvey

Yes
**Status:** Sent
**Platform:** Mobile

5/7/2019 9:56:48 PM(UTC+0)

15

NBCU0001403



@s.whatsapp.net Lp

https://www.breitbart.com/clips/2019/05/12/rand-paul-americans-will-be-shocked-to-know-what-bidens-son-was-up-to/

Attachments:

**Title:** Rand Paul: Americans Will Be 'Shocked' to Know What Biden's Son Was Up To | Breitbart
**Size:** 4134
**File name:** 21b04339-b348-4a7d-852b-730e767d4606.thumb
21b04339-b348-4a7d-852b-730e767d4606.thumb

**Status:** Sent
**Platform:** Mobile

5/13/2019 4:11:59 PM(UTC+0)

@s.whatsapp.net Lp

Hi Dereck , hope your good any news on the letter for the prosecutors
**Status:** Sent
**Platform:** Mobile

5/14/2019 1:18:34 PM(UTC+0)

@s.whatsapp.net Dereck Harvey

Are you in dc
**Status:** Read
**Platform:** Mobile

5/16/2019 11:49:09 AM(UTC+0)



@s.whatsapp.net Lp

In Ukraine
**Status:** Sent
**Platform:** Mobile

5/16/2019 11:52:09 AM(UTC+0)

NBCU0001404



**PROSECUTOR GENERAL'S OFFICE OF UKRAINE**
**SPECIALIZED ANTI-CORRUPTION PROSECUTOR'S OFFICE**

**Nazar KHOLODNYTSKYI**

*Deputy Prosecutor General of Ukraine –*
*Head of the Specialized Anti-Corruption*
*Prosecutor's Office,*
*Ph.D.*

17 Isaakiana Str.
Kyiv, Ukraine 01135

Tel.: +380 (44) 596 ▊
Fax: +380 (44) 200 ▊
E-mail: ▊▊▊@gp.gov.ua

NBCU0001405

Curriculum Vitae

PERSONAL INFORMATION    Kostiantyn Hennadiiovych Kulyk



Home address –             Kyiv, 01033, Ukraine.
Business address –        01011, Ukraine.
+38 044-

@gp.gov.ua

Male | Date of birth       | Nationality Ukraine

## WORK EXPERIENCE

**April 2017 – till now**

D
Prosecutor General's Office of Ukraine

- providing of the procedural guidance in criminal proceedings;
- the maintenance of public prosecution;
- international cooperation in the criminal proceedings, including the matters of mutual legal assistance and extradition

**August 2015 – April 2017**

Military prosecutor of the antiterrorist operation forces

**December 2014 - August 2015**

Head of the Department for providing the activity of the military prosecutor offices at the ATO districts
Main Military Prosecutor's Office, Prosecutor General's Office of Ukraine

- organization and providing of the procedural guidance and the pre-trial investigation in criminal proceedings;
- the maintenance of public prosecution;
- representation of the interests of the citizens and state in the courts;
- supervision over observance of laws by the authorities carrying out detective operations, inquiries and pre-trial investigation;

**March 1999 – December 2014**

Different positions of the prosecutors and investigators at the prosecutor's offices of the Lugansk, Kharkiv, Kyiv, Mykolaiv regions and Prosecutor General's Office of Ukraine

- investigation and procedural guidance in criminal proceedings;
- representation of the interests of the citizens and state in the courts;
- the maintenance of public prosecution;
- supervision over observance of laws by the authorities carrying out detective operations, inquiries and pre-trial investigation;
- supervision of the observance of laws

## EDUCATION AND TRAINING

**June 2008**

Ph.D. in Law
Interregional Academy of Personnel Management (IAPM)

**September 1994 – June 1999**

Master
National Yaroslav Mudryi Law Academy

**Mother tongue(s)**    Ukrainian, Russian

NBCU0001406

KOPIJA 123732

[redacted]

## Паспорт є власністю України
## This passport is the property of Ukraine

Іменем України Міністр закордонних справ України просить усіх, кого це може стосуватися, всіма можливими заходами полегшити поїздку пред'явника паспорта і надавати йому необхідну допомогу та захист.

In the name of Ukraine, the Minister of Foreign Affairs of Ukraine requests all those whom it may concern to facilitate in every possible way the travel of the bearer of this passport and to provide the bearer with all necessary assistance and protection.

УКРАЇНА UKRAINE

ПАСПОРТ
PASSPORT

Тип/ Type: P
Код держави/ Country code: UKR
Номер паспорта/ Passport No: [redacted]
Прізвище/ Surname: ЗЛОЧЕВСЬКИЙ/ZLOCHEVSKYI
Ім'я/ Given Names: МИКОЛА/MYKOLA
Громадянство/ Nationality: УКРАЇНА/UKRAINE
Дата народження/ Date of birth: [redacted]
Персональний номер/ Personal No.: [redacted]
Стать/ Sex: Ч/M
Місце народження/ Place of birth: М.КИЇВ/UKR
Дата видачі/ Date of issue: [redacted]
Орган, що видав/ Authority: [redacted]
Дата закінчення строку дії/ Date of expiry: [redacted]
Підпис пред'явника/ Holder's signature

P<UKRZLOCHEVSKYI<<MYKOLA<<<<<<<<<<<<<<<<<<<<<<
[redacted]

AS "PrivatBank"
VIP korporātīvo klientu-nerezidentu apkalpošanas departamenta vadītāja
Inna Škurjate

Curriculum Vitae

PERSONAL INFORMATION

# Kostiantyn Hennadiiovych Kulyk



Home address – ███████████████ Kyiv, 01033, Ukraine.
Business address – ███████████ Kyiv, 01011, Ukraine.

☎ +38 044-596-███

✉ ███████@gp.gov.ua

Sex Male | Date of birth ████████ | Nationality Ukraine

---

WORK EXPERIENCE

April 2017 – till now

## Deputy Head of the Department for International Legal Cooperation

Prosecutor General's Office of Ukraine

- providing of the procedural guidance in criminal proceedings;
- the maintenance of public prosecution;
- international cooperation in the criminal proceedings, including the matters of mutual legal assistance

and extradition

August 2015 – April 2017

## Military prosecutor of the antiterrorist operation forces

December 2014 - August 2015

August 2015 – April 2017      Head of the Department for providing the activity of the military prosecutor' offices
at the ATO districts
Main Military Prosecutor's Office, Prosecutor General's Office of Ukraine

- organization and providing of the procedural guidance and the pre-trial investigation in criminal proceedings;
- the maintenance of public prosecution;
- representation of the interests of the citizens and state in the courts;
- supervision over observance of laws by the authorities carrying out detective operations, inquiries and pre-trial investigation;

March 1999 – December 2014

## Different positions of the prosecutors and investigators at the prosecutor's offices of the Lugansk, Kharkiv, Kyiv, Mykolaiv regions and Prosecutor General's Office of Ukraine

- investigation and procedural guidance in criminal proceedings;
- representation of the interests of the citizens and state in the courts;
- the maintenance of public prosecution;
- supervision over observance of laws by the authorities carrying out detective operations, inquiries and pre-trial investigation;
- supervision of the observance of laws.

EDUCATION AND TRAINING

---

June 2008

### Ph.D. in Law
Interregional Academy of Personnel Management (IAPM)

September 1994 – June 1999

### Master

National Yaroslav Mudryi Law Academy

Mother tongue(s)      Ukrainian, Russian

NBCU0001408