McNamara Declaration

Exhibit 38

Derek Harvey  Attorneys Eyes Only
September 06, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DEVIN G. NUNES,

                              PLAINTIFF,

          -against-          Case No.:
                             22-cv-1633
                               (PKC)
NBCUNIVERSAL MEDIA, LLC,

                              DEFENDANT.
----------------------------------------X
                    DATE: September 6, 2024

                    TIME: 10:00 a.m. EST


    - CONFIDENTIAL ATTORNEYS' EYES ONLY -


            REMOTE DEPOSITION of DEREK

HARVEY, taken by the Defendant, pursuant to

a Subpoena and to the Federal Rules of

Civil Procedure, held remotely via Zoom

Videoconference, before Suzanne Pastor, a

Notary Public of the State of New York.

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1    understand him to actually be Victor

2    Shokin?

3         A.    It seemed credible to me, but I

4    wasn't gonna bet my mortgage on it.  But

5    seemed credible.  He answered my questions

6    with what seemed to be solid answers.

7              But if you're well trained and

8    you're a prosecutor over there -- he had

9    knowledge about how our operations there at

10   the embassy worked and intersecting with

11   him.  He had gotten an award from the

12   United States State Department for fighting

13   corruption.  He had gotten all these

14   accolades from the U.S. government.  And

15   then suddenly he was the worst guy over

16   there and needed to be fired because he

17   raided Burisma, and the vice president

18   happened to have a son that was getting

19   paid, what, $82,000 a month from Burisma.

20   And Eric Ciaramello who worked on the vice

21   president's national security team during

22   that time period when he was vice president

23   handled the European portfolio to include

24   Ukraine.  And he was the alleged

25   whistleblower for the Ukraine phone call.

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1   It's all very convenient.

2        Q.    At what point did Mr. Nunes

3   become aware of your conversations with

4   Mr. Parnas?

5        A.    Probably early-mid February.

6        Q.    Prior to your conversation with

7   Mr. Shokin?

8        A.    Right.

9        Q.    Did you brief Mr. Nunes on your

10  conversation with Shokin?

11       A.    I think I did.  I said I don't

12  think it's going anywhere.

13       Q.    Were any Democratic members

14  aware of your conversation with Parnas when

15  they were occurring?

16       A.    No.

17       Q.    Was any Democratic staff aware

18  of your communications with Parnas when

19  they were occurring?

20       A.    All the Republican staff

21  weren't aware.

22            MR. CHASE:  Ali, why don't we

23         put up Exhibit 46, what we're going

24         to mark as Exhibit 46.

25            (Whereupon, WhatsApp Messages,

Derek Harvey  Attorneys Eyes Only
September 06, 2024

```
 1          NBCU 1389 to 1408 was marked as

 2          Harvey Exhibit 46 for identification

 3          as of this date by the Reporter.)

 4     Q.    Mr. Harvey, I'm going to

 5  represent to you that these are documents

 6  containing the WhatsApp messages between

 7  you and Mr. Parnas that we were just

 8  referring to.  We obtained these after they

 9  were made public by the House Impeachment

10  Committee in January of 2020.

11          MR. CHASE:  Ali, can you scroll

12     down so he can see generally.

13     Q.    Do these look familiar to you?

14     A.    I have to look at them.  You're

15  going too fast.  Because I don't -- I'm not

16  a user of WhatsApp, unless he asked me to

17  use it.  And I'm not sure, I'd have to look

18  at these.  Let me see.

19          Okay, that looks familiar,

20  "outside the Capitol Hill Club."  Yeah, I

21  think he probably asked me to use WhatsApp.

22     Q.    Do you have a sense of why he

23  would have asked you to use WhatsApp?

24     A.    I think he fancied himself a --

25  it's more drama for him.
```

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1      Q.    Got it, got it.

2            MR. CHASE:  Ali, if you'd go to

3      page 2.

4      Q.    There's a text message here

5  that is from you.  I'll read it to you just

6  so that you can -- here we go.  It's dated

7  March 29, 2019 to Mr. Parnas.  It says,

8  "Can we get materials?  Sources at State

9  say that there was this push to spend U.S.

10  donor aid in Ukraine.  It appears the U.S.

11  foreign aid to Ukraine nearly doubled from

12  fiscal year 15 to fiscal year 16 (around

13  280 million to 500 million).  Their hunch

14  was that the money would get grafted by

15  Ukraine officials in exchange for money

16  then given to Clinton Foundation or other

17  social justice causes.  The rumors the

18  Ukraine government liaised with Clinton

19  camp and FBI to dig up dirt on Manafort in

20  2016 are also in play.  If the increase in

21  aid is accurate, then there's a thread to

22  pull.  Look at TDY records to Kiev, cables

23  from DC to post, et al., audit donor aid to

24  Ukraine."  Did I read that correctly?

25      A.    Mm-hmm.

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1    to you wouldn't be the proper venue?  I

2    just want to get a better understanding of

3    that.

4              Mr. Harvey?

5              MR. CHASE:  Let's go off the

6         record for a moment.

7              THE VIDEOGRAPHER:  Going off

8         the record.  The time is 12:35 p.m.

9         Eastern time.

10             (Whereupon, a lunch recess was

11        taken.)

12             THE VIDEOGRAPHER:  The time is

13        1:16 p.m. Eastern time.  We're back

14        on the record.

15   BY MR. CHASE:

16        Q.    Mr. Harvey, during the break

17   did you speak with anyone?

18        A.    No.  Just my wife.  I had some

19   chicken corn rice soup and my 8 year old

20   son.

21        Q.    Sounds delicious.

22        A.    They're not here.  They're not

23   here.  This is a separate location.

24   They're at my house, which is about

25   three-quarters of a mile from here.

Derek Harvey   Attorneys Eyes Only
September 06, 2024

1       Q.    Got it.

2       A.    We don't have internet out

3    here.  This is the only place we could get

4    the internet.

5       Q.    Ah, okay, I see.  All right,

6    well, Mr. Harvey, we're going to pick up

7    where we left off.

8            MR. CHASE:  Ali, if you could

9         load up those text messages again.

10        If you can go to page 5, Ali.

11       Q.    So Mr. Harvey, you can see on

12   April 12, 2019 you text to Mr. Parnas

13   Solomon needs to get me the material, and

14   we need to set a time to Skype with your

15   four people.

16            What materials do you

17   understand to be referring to here?  I

18   recognize this is about five years ago.

19       A.    Yeah, there was supposed to

20   be -- he said he had Victor Shokin and

21   these folks, and I believe it had to do --

22   now, this is five years ago, but I think

23   there was something on Shokin in the

24   background there that Solomon may have had

25   or gotten from him.  But I don't think I

Derek Harvey - Attorneys Eyes Only
September 06, 2024

1    ever got anything.

2         Q.    And do you know who the four

3    people you were referring to in this text

4    were?

5         A.    Two former prosecutors and

6    someone else who apparently was a

7    prosecutor and someone who had worked as a

8    Ukrainian, with NABU probably.

9         Q.    And so moving along down the

10   chain, there's some more back and forth

11   about setting up Skype calls to conduct

12   interviews with Parnas' people.  We don't

13   need to read through all of them, but I can

14   represent to you that's essentially what

15   they are.

16            But then on page 6, Ali, if you

17   can go there, there is an April 17, 2019

18   text message where you write to Mr. Parnas

19   that, "I have not received anything to

20   assist" and then note that you need more

21   time to prepare for the calls with these

22   individuals.

23            Do you recall what you were

24   expecting to receive that could assist you?

25        A.    Just some more information

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1   about Shokin.  And I was busy doing so many

2   other things that I had -- I was just

3   delaying because I had other stuff going

4   on.

5       Q.    I see, I see.

6       A.    I didn't want to just string

7   him along.  I didn't have any -- I mean,

8   he -- I didn't know who some of these other

9   people were, so.

10      Q.    Okay.  Well, if you look at the

11  next text message from Mr. Parnas to you,

12  you can see that there's a small icon

13  there, it's like a thumbnail of an image.

14      A.    Yes.

15          MR. CHASE:  Ali, if you scroll

16       to page 18, you can see the full size

17       image of that.  Is there a way to

18       scroll out so he can see the whole --

19       oh, there we go.

20      Q.    So this appears to be a CV of

21  Ukrainian prosecutor Konstantin Kulyk.  Are

22  you familiar with Konstantin Kulyk?

23      A.    I heard the name.  I'm not sure

24  if I open this all up, I read it just to

25  see that it's a bio of him.

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1       Q.    Do you know who Mr. Kulyk was
2   at the time?
3       A.    No.
4       Q.    Sitting here today, do you know
5   who he is?
6       A.    Just that he's a prosecutor.
7   And I think he probably was in the current
8   office at the time.  I don't know if he was
9   former or not, but.
10       Q.    Were you aware that Mr. Kulyk,
11   or at least it's been reported that
12   Mr. Kulyk was assisting Rudy Giuliani in
13   uncovering information about President
14   Biden and his family's dealings in Ukraine?
15       A.    I wasn't aware of that.
16       Q.    Would it surprise you to learn
17   that?
18       A.    No, because I think Lev was
19   working with Giuliani and they had a film
20   crew going over there.  That's why I left
21   that meeting, because they were planning on
22   some trip and filming stuff to do a
23   documentary on Ukraine and the Biden family
24   and the firings and all that.
25       Q.    About that film, did you have

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1    an understanding of what the purpose of

2    that documentary film was?

3         A.    No, I didn't participate in

4    those decisions or any real discussion

5    there.  I left.  There's a lot of things

6    going on that you only have so much

7    bandwidth.

8              And on the other side of the

9    aisle, I was tracking and responding to

10   Adam Schiff and others there putting out

11   false information about Russia and Trump

12   still.  And they continued that through the

13   whole four years.  And Adam continues to

14   assert that he had classified information

15   that he can't share.  But when we did the

16   depositions of all those intelligence

17   officials, none of them had anything.

18        Q.    Mm-hmm.

19        A.    And we released all those

20   depositions I believe.

21        Q.    Did you ever interview

22   Mr. Kulyk?

23        A.    I don't think so.  I think I

24   only did the one interview.  And I think it

25   was represented as Mr. Shokin.  It might

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1   staffer, was that Adam Schiff was using

2   every means possible to him to undercut

3   Chairman Nunes and to go after Donald Trump

4   and some other personages in the Republican

5   administration.  With ungrounded, false

6   information, apart from just pure policy

7   focus differences.  Differences about what

8   authority should go into a bill, what sort

9   of resources should go into a bill.  Those

10  disagreements are part and parcel and you

11  can work through.  But when you personalize

12  everything the way Adam Schiff and Mr.

13  Heinz did, it creates an environment that

14  is not conducive to building camaraderie.

15           MR. CHASE:  Ali, can you put up

16      the original subpoena to Mr. Harvey?

17      And if you go to page 10, that would

18      be good.

19           MS. SETTELMAYER:  And we're on

20      Exhibit 50.

21           MR. CHASE:  Yes, we're going to

22      mark this as Exhibit 50.  Thank you.

23           (Whereupon, Original Subpoena

24      was marked as Harvey Exhibit 50 for

25      identification as of this date by the

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1        Reporter.)

2        Q.    This is the original subpoena

3    to testify at a deposition in a civil

4    action to Derek Harvey, service was

5    accepted by Steven Biss back in June of

6    2023.  I guess before we go to page 10 --

7        A.    I never saw this.  I never saw

8    this.

9        Q.    You anticipated my question,

10    which is have you ever seen this before?

11        A.    I've never seen this.  And

12    Mr. Biss never informed me that I had a

13    subpoena.  And he made me aware that I may

14    be -- I may be asked to provide some

15    testimony at some point in time in the

16    future.  So I never saw this.

17        Q.    Well, I could represent to you

18    that he accepted it on your behalf, whether

19    or not he had your authority.

20        A.    I wasn't paying him for this,

21    so -- he wasn't retained for this from me,

22    so.

23        Q.    Understood.  Obviously, this is

24    your first time reading it.

25              MR. CHASE:  I apologize.  Let's

Derek Harvey  Attorneys Eyes Only
September 06, 2024

```
 1   go down to page 10, Ali.

 2        Q.    Mr. Pappas, there's a bunch of

 3   document requests attached here which we

 4   can talk about in a bit.  But Exhibit 1 to

 5   the subpoena is a copy of the operative

 6   complaint in this action.  It's the second

 7   amended complaint filed by Mr. Nunes

 8   against NBCUniversal.

 9             Have you seen this before?

10        A.    I don't think I have.

11        Q.    Let's go down to paragraph 13

12   of this.  I'm not going to force you to

13   read through every allegation in here, but

14   Mr. Harvey, in here Mr. Nunes says, "In

15   fact, on December 11, 2019" --

16        A.    Is this in that letter there?

17        Q.    Well, this is above the letter.

18   But the letter is ultimately what I'm going

19   to be asking you about.

20        A.    Okay.

21        Q.    It says, "In fact, on

22   December 11, 2019, plaintiff advised the

23   Attorney General of the United States,

24   William P. Barr, and the criminal division

25   of the Department of Justice as follows."
```

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1      Q.    Mr. Langer certainly does,

2   correct?

3      A.    Yeah, Jack will -- it's his

4   press guy, and he can make decisions about

5   who to respond to or not, you know?  So.

6   I'm not involved in that, but, you know.

7      Q.    All right, maybe we can move

8   along from this.

9          MR. CHASE:  Why don't we take a

10      quick break.

11     A.    I need a little break anyway.

12          THE VIDEOGRAPHER:  Going off

13      the record.  The time is 2:28 p.m.

14      Eastern time.

15          (Whereupon, a short recess was

16      taken.)

17          THE VIDEOGRAPHER:  The time is

18      2:39 p.m. Eastern time.  We're back

19      on the record.

20   BY MR. CHASE:

21     Q.    Hi, Mr. Harvey.  One question I

22   forgot to ask you to close the loop here.

23   Do you recall ever speaking or otherwise

24   communicating with Andrii Derkach?

25     A.    No.

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1      Q.    You don't recall one way or the
2   other?
3      A.    Don't think I ever did.
4      Q.    So moving along to other topics
5   here, Mr. Harvey, somewhat mundane topics,
6   but here we go.
7            What was your e-mail address
8   when you worked for HPSCI, do you recall?
9      A.    At HPSCI?
10     Q.    Yes.
11     A.    I just think it was first and
12   last name at whatever it was.  Just first
13   and last name.  Derek Harvey.
14     Q.    Did you use that e-mail address
15   to communicate with Mr. Nunes at all?
16     A.    No.  Maybe once in a great
17   while, but generally not.
18     Q.    How would you typically
19   communicate with Mr. Nunes?
20     A.    In person.
21     Q.    Would you text message with him
22   at all?
23     A.    Occasionally.  Very rarely.
24     Q.    What about with other staffers
25   in HPSCI, how would you typically

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1    communicate?

2        A.    Staffers that were below George

3    and me?

4        Q.    Yes.

5        A.    And Alan Souza?  Via e-mail.

6    Or in person.  Usually in person.

7        Q.    And with Mr. Pappas and

8    Mr. Souza, how would you communicate with

9    them generally?  What means of

10   communication?

11       A.    Generally one-on-one or the

12   three of us or others doing planning.

13   Maybe over lunch, grab a cup of coffee.

14       Q.    During the COVID pandemic, did

15   things change in how you communicated?  Did

16   you communicate more electronically at that

17   point?

18       A.    Nope.

19       Q.    No?  Mostly in person still?

20       A.    We were in there full speed

21   ahead.

22       Q.    Do you currently have access to

23   your work e-mail that you used while

24   working at HPSCI?

25       A.    No, I've not had access to

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1    anything since February of '22 I guess.

2         Q.    I can represent to you that

3    Mr. Nunes filed this lawsuit in August of

4    2021.  Do you recall ever receiving a

5    litigation hold notice in connection with

6    this case?

7         A.    I may have.  I don't know.  I

8    haven't deleted anything.  I don't delete

9    stuff.  I've got numerous other things that

10   I'm maintaining everything for.

11        Q.    But you don't recall getting --

12   let me put it this way.  Who is in control

13   of your work -- your HPSCI e-mail address?

14   Who is the custodian for that?

15        A.    That would be the House of

16   Representatives.  And I think we got --

17   don't we have a lawyer here from HPSCI?

18        Q.    We do.

19        A.    I think he could answer that.

20        Q.    But you don't recall personally

21   receiving a litigation hold notice from

22   Mr. Nunes, do you?

23        A.    I don't recall.  I may have.

24   But if I looked at it, I don't delete stuff

25   anyway.

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1        Q.    Except for the House e-mail

2   account.  You obviously didn't delete --

3        A.    I didn't delete.  I left and

4   hopefully it's all there.

5        Q.    Did you ever search for

6   relevant e-mails for this case on any of

7   your e-mail accounts that you currently

8   have access to?

9        A.    Nope, not at all.

10       Q.    Were you ever instructed to?

11       A.    No.

12       Q.    Did you ever search your text

13   messages?

14       A.    Not for this case.  I looked at

15   a couple text messages way back when, when

16   Lev popped up in the news, but that was it.

17   Just to take a look at those.  Very

18   innocuous.

19       Q.    Which text messages were those?

20       A.    When I met him and going to

21   Capitol Hill Club.  That type of thing.

22       Q.    Were they the text messages we

23   looked at earlier or were they something

24   else?

25       A.    Well, I think it was what you

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1    showed me.  But I might have had one or two

2    others.  I mean, I can look but I don't

3    think there's -- no, Lev was a guy --

4    didn't see anything there.  Lev was a guy

5    for, you know, protocols.  That's why I

6    guess I had to go on WhatsApp.  If I have

7    it -- I don't think I have WhatsApp on this

8    phone.

9         Q.    That was on your work phone

10   that you had that?

11        A.    Yes.

12        Q.    Which I guess brings me to my

13   next question.  You had a cellphone that

14   was issued to you as part of your job

15   working for HPSCI?

16        A.    Yes.

17        Q.    And I assume you no longer have

18   access to that phone.

19        A.    No.

20        Q.    And you lost access to that

21   phone in February of 2022?

22        A.    Yes.  If we get access to it, I

23   have got lots of pictures on there that I

24   shouldn't have taken from that phone, so I

25   should get them back.

Derek Harvey  Attorneys Eyes Only
September 06, 2024

```
 1        Q.    So it's safe to say that at no
 2   point have you searched for any documents
 3   on any device or electronic account in
 4   connection with this case, correct?
 5        A.    No, and I would suggest that
 6   there's probably hardly anything there.
 7        Q.    But there might be.
 8        A.    There might be.
 9        Q.    Were you aware that Mr. Nunes
10   filed this lawsuit in August of 2021?
11        A.    I wasn't aware of it when he
12   filed it.
13        Q.    When did you become aware of
14   it?
15        A.    I have really no idea.  There
16   might have been -- when I filed the suit
17   against CNN, it's probably when I found out
18   about this one.
19        Q.    You filed a suit against CNN?
20        A.    (The witness nods.)
21        Q.    When was that?
22        A.    Hmm, probably '21.
23        Q.    Who represented you in that
24   lawsuit?
25        A.    Steve.
```

Derek Harvey  Attorneys Eyes Only
September 06, 2024

```
1        Q.    Steven Biss?

2        A.    Mm-hmm.

3        Q.    What was that lawsuit about?

4        A.    Oh, how they characterized me

5    incorrectly, calling me a traitor and stuff

6    like that.

7        Q.    In connection with what?

8        A.    I forget.

9        Q.    You forget?  You filed a

10    lawsuit about it.

11        A.    I forget.  I'd have to go back.

12    I mean, it was probably even earlier than

13    that actually.

14        Q.    What was the outcome of that

15    lawsuit?

16        A.    It went back and forth to

17    appeals courts, back down, appeals courts,

18    back up.  And last time I had seen it, Biss

19    was looking at filing because it got pushed

20    back down to us, rejected the CNN claim,

21    and I had to make a decision whether I

22    wanted to keep going on this stuff after a

23    couple of years.

24        Q.    And you chose not to?

25        A.    I chose not to.
```

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1        Q.     Any particular reason why?

2        A.     They wore me out.

3        Q.     Understood.  But you had made

4    that decision before Mr. Biss fell ill, is

5    that correct?

6        A.     No, no, I'd not made that

7    decision then.  I was going to be in a

8    conundrum.  I'd have to find a new lawyer

9    and all that.  Stars weren't aligning

10   right, and I said...

11       Q.     Did Mr. Biss -- have you

12   preserved documents in connection with that

13   case?

14       A.     With the CNN case?

15       Q.     Correct.

16       A.     I don't know if he did or not.

17   I don't think so.  And I don't think CNN

18   asked me to either.

19       Q.     At the time that you filed --

20   well, let me ask this.  Did your lawsuit

21   against CNN concern your work while you

22   were on HPSCI?  Or you were a staffer on

23   HPSCI?

24       A.     My recollection, it wasn't on

25   HPSCI.

Derek Harvey  Attorneys Eyes Only
September 06, 2024

1          C E R T I F I C A T E

2
STATE OF NEW YORK        )
3                   :    SS.:
COUNTY OF DELAWARE       )
4

5          I, SUZANNE PASTOR, a Notary Public for and

6     within the State of New York, do hereby certify:

7          That the witness whose examination is

8     hereinbefore set forth was duly sworn and that such

9     examination is a true record of the testimony given

10    by that witness.

11         I further certify that I am not related to

12    any of the parties to this action by blood or by

13    marriage and that I am in no way interested in the

14    outcome of this matter.

15         IN WITNESS WHEREOF, I have hereunto set my

16    hand this day, September 20, 2024.

17

18         *Suzanne Pastor*

19         _____
           SUZANNE PASTOR

20

21

22

23

24

25