Chase Declaration

Exhibit 6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

DEVIN G. NUNES,                  :

        Plaintiff,       : Case No.:

vs.                              : 22-cv-1633 (PKC)

NBCUNIVERSAL MEDIA, LLC,         :

        Defendant.       :

- - - - - - - - - - - - - - - -X

MEDIA VERSION

(THIS TRANSCRIPT INCLUDES ALL TESTIMONY
INCLUDING THOSE PORTIONS DESIGNATED
CONFIDENTIAL - ATTORNEYS' EYES ONLY)
Pages 103-137 are designated
Attorneys' Eyes Only and included herein.

Remote Videotaped Deposition of JILIAN SOUZA

Wednesday, October 25, 2023

10:07 a.m. (EDT)

Job No. 6475960

Pages: 1 - 142

Reported by: Dana C. Ryan

 1   congressional office before moving over to the

 2   intelligence committee?

 3       A    Oh, gosh, it was a while ago; so I

 4   don't remember exactly.  I know it was a few

 5   months at least.

 6       Q    Okay.  And did you communicate with

 7   Mr. Ciarlante during that 2019 to 2021 period?

 8       A    Yes.  I would say we're personal

 9   friends now so I communicate and still talk to

10   Nick.

11       Q    Okay.  And during that time period in

12   particular, you would communicate I assume in

13   person.  But did you communicate over email and

14   text as well?

15       A    Yes.

16       Q    You did, okay.

17            Aside from friendly personal

18   communications, do you recall communicating with

19   him about anything business related or work

20   related?

21       A    Nick was always viewed as, like,

22   someone who really had their stuff together down

23   at the committee.  So a lot of times if we were

24   trying to get an answer on something or were

25   having trouble getting ahold of Devin, sometimes

1  Nick would be, like, the backup, to call him and
2  say, hey, what's going on.
3           So I'm sure there were occasions where
4  we talked about business, probably mostly
5  logistical.
6       Q    Okay.  And have you spoke to
7  Mr. Ciarlante about this case at all?
8       A    Not that I can recall.  Not that I can
9  recall.
10      Q    Okay.  Were there other -- again,
11 excepting your husband of course, were there other
12 staff members from HPSCI that you were regularly
13 in contact with while you worked for Mr. Nunes?
14      A    I mean, I think -- the congressman
15 really wanted there to be kind of synergies
16 between the staff just because, like I said,
17 facilitation and logistics was a big part of
18 making sure his days worked well.  So oftentimes
19 we would get together as a staff between the intel
20 committee and the personal office.
21           So I would say I at least knew most of
22 the people if not all of the staff at the intel
23 committee and would see them from time to time.
24 Sometimes they would drop in the personal office
25 if they were kind of on their way to lunch; some

```
 1   of them are my friends.
 2              So it was just a mixed bag if that --
 3       Q    Got it.
 4       A    -- makes sense.
 5       Q    I see.  I see.
 6              Okay.  When you were working for
 7   Mr. Nunes, how would you communicate with him
 8   other than in person?
 9       A    Mostly text message and phone call.
10       Q    Okay.
11       A    And sometimes over his personal Gmail,
12   but he never used his official email account.
13       Q    I see.
14       A    I should say when I was chief of staff.
15       Q    Right.  Right.
16              Do you happen to recall what his
17   personal Gmail account was?
18       A    No.  We all had the -- I should say,
19   when I say all of us, those of us who worked on
20   the campaign had devinnunes.net email addresses,
21   so it would have been a devinnunes.net email if I
22   recall correctly.
23       Q    I see.
24              So it was -- it was a Gmail-based
25   platform, but the URL was devinnunes.net?
```

 1      A     I'm sorry.  He might have had a Gmail
 2   and a devinnunes.net, but I can't recall.
 3      Q     Okay.
 4      A     99.999 percent, I say that generally
 5   speaking, was text message or phone call or in
 6   person.
 7      Q     Okay.  Okay.  Let me ask you a little
 8   bit about devinnunes.net.
 9            Is that still an active email -- well,
10   first of all, you said you have a devinnunes.net
11   email address?
12      A     I did.  It's no longer active.
13      Q     Do you know when it was turned off?
14      A     I believe right around the time
15   Mr. Nunes left Congress.
16      Q     Okay.  What did you use that email
17   address for?
18      A     All campaign-related activity.
19      Q     Okay.  What was devinnunes.net?
20      A     You mean like what was --
21      Q     What was -- what was its purpose?
22   Like, what was Devin -- like, the Web site itself?
23      A     Oh, it was, like, our campaign Web
24   site.  And, actually, now I think it's like
25   devinnunes.com, but the email was devinnunes.net.

 1   So I had an email that was, like,
 2   Jilian@devinnunes.net and someone else it would be
 3   their first name and devinnunes.net.
 4            So it was just like the email we used.
 5       Q    I see.
 6            Did you have any involvement in
 7   creating content for that Web site, devinnunes.com
 8   or .net or whatever it ultimately became?
 9       A    Yes.  I mean, as chief of staff and
10   kind of a top advisor on the campaign, I would
11   review material.
12       Q    Okay.  Are you aware that on that Web
13   site Mr. Nunes touted that he stopped speaking to
14   mainstream media and urged other Republicans in
15   Congress to do the same?
16            Do you recall -- do you recall that?
17       A    Yes.
18       Q    Can you tell me more about Mr. Nunes
19   cutting off the mainstream media?  Like, what did
20   that mean exactly?
21       A    It meant that he stopped speaking to
22   mainstream media outlets.
23       Q    So does that mean he wouldn't give
24   interviews to mainstream media outlets?
25       A    Yeah, that we wouldn't communicate with

```
 1   them or give interviews.
 2       Q    What if a mainstream media outlet
 3   reached out for comment on a story?  Would he
 4   offer comment?
 5       A    No.
 6       Q    So if a mainstream media outlet reached
 7   out with a story that Mr. Nunes knew was false, he
 8   just knew was some cockamamie idea, would he deny
 9   it?  Or would he just --
10            MR. FLYNN:  Objection calls for
11   speculation.
12            THE WITNESS:  I was not the
13   communications director; so I, you know, can't say
14   exactly how it worked.  But I think that in
15   practice he meant we weren't speaking to them at
16   all or providing any comments.
17       BY MR. CHASE:
18       Q    Okay.  Which news outlets do you
19   consider part of the mainstream media?
20       A    I think Mr. Nunes described it as any
21   outlets who had published false information about
22   him who were not willing to retract those stories.
23       Q    Okay.  So earlier we discussed how he
24   sued The Washington Post.
25            Does he consider The Washington Post
```

 1   part of the mainstream media?
 2        A     Yes.
 3        Q     CNN?
 4        A     Yes.
 5        Q     NBC?
 6        A     I assume so, yes.
 7        Q     Okay.  Let's see.  Where do you get
 8   your news, Ms. Souza?
 9        A     My news now?
10        Q     Yeah.
11        A     I think a variety of outlets.  Twitter,
12   Politico, articles that are sent to me.
13        Q     Okay.  Do you watch cable news at all?
14        A     Occasionally at the office, but I don't
15   have cable at home so only in the office.
16        Q     Got it.
17              What news channel is generally playing
18   in the office?
19        A     We usually have a number of news
20   channels playing in the office.  If I'm in my
21   office, I usually play Fox.
22        Q     Okay.  Do you ever watch CNN?
23        A     If it's on in our lobby in our
24   building, but I wouldn't ever choose to watch CNN.
25        Q     Why is that?

1      A     Just because I think the news is pretty
2  left leaning which is not really my affiliation or
3  cup of tea.
4      Q     Got it.
5            Do you ever watch MSNBC?
6      A     No.
7      Q     Do you have thoughts on MSNBC?
8      A     I mean, I think like CNN, it's very
9  left leaning.  I should say, like, a lot of these
10 news outlets are in airports, in my office, so I
11 will see them occasionally, but I don't select to
12 watch them.
13     Q     You don't seek them out.
14     A     No.
15     Q     Okay.  Have you ever seen the
16 Rachel Maddow show?
17     A     I mean, not that I've, like, watched a
18 full Rachel Maddow show, but I've seen her on TV
19 before.
20     Q     Do you have any -- well, you said you
21 don't really watch it, so I won't ask that next
22 question if you have thoughts on her, so -- well,
23 I may as well.
24           Do you have any thoughts on Rachel
25 Maddow and her show?

```
 1        A     I mean, I think she's very left
 2   leaning.
 3        Q     Okay.  Okay.  Earlier you mentioned
 4   that Mr. Nunes has a Gmail address.  Do you recall
 5   what you emailed him about, if ever?
 6        A     No.  If I recall, he may have used
 7   that, like, on his iPad to read the news on
 8   flights.  But, again, it's been a long time so I
 9   can't say that's for certain.
10        Q     Okay.  Was there a general -- well, did
11   he have a house.gov email address when he worked
12   there, "he" being Mr. Nunes?
13        A     Yes.
14        Q     Did he ever use it?
15        A     When I first started in the office, he
16   did.  Like if I -- when I was legislative
17   director, when I first started, if I needed to ask
18   him a legislative question, sometimes I would
19   email that to him.  But he stopped using it kind
20   of shortly after -- or sometime in the first
21   couple of years I was legislative director.
22        Q     Do you know why he stopped using it?
23        A     I think he just didn't think it was
24   secure.
25        Q     Okay.
```

 1     A     I should say, though, that the email
 2  address stayed active so that Jennifer could add
 3  things to his calendar because the calendar and
 4  the email address were connected.
 5     Q     I see.  I see.
 6           Do you have an impression of Mr. Nunes'
 7  views on the FBI?
 8     A     Generally speaking?
 9     Q     Yeah.
10     A     I think he's said publicly on many
11  instances that there's corruption at the FBI.
12     Q     Do you have an understanding of whether
13  Mr. Nunes trusted the FBI?
14     A     I mean, I think that there was a lack
15  of trust with senior leaders at the FBI.  I think
16  that's fair to say given that he believed there
17  was corruption at the senior levels of the FBI.
18     Q     Okay.  What was your email address when
19  you worked on Mr. Nunes' congressional staff?
20     A     I believe it was
21  jilian.plank@mail.house.gov.
22     Q     And do you currently have access to
23  that work email address you used?
24     A     No.
25     Q     No.

```
 1              So you left in May of 2022.  How much
 2    time was there between you leaving and
 3    Representative Conway taking over?
 4         A     I don't recall the specific date, but
 5    the special election was sometime in June.
 6         Q     Okay.
 7         A     And Connie Conway took over, I think,
 8    shortly after she won the special election.
 9         Q     Okay.  And is it your understanding
10    that all of the -- well, let me back up for a
11    second.
12              Do you know if any of Mr. Nunes'
13    staffers stayed on with Representative Conway?
14         A     I think a couple did.
15         Q     Do you know who they are?
16         A     I know Nicky Henderson did.  I know
17    that -- I'm forgetting his last name.  He worked
18    with us for a short period.  He was an intern in
19    Mr. Nunes' office.  Noah.  I'm forgetting his last
20    name.  I apologize.
21              In the district office, I can't recall
22    specifically.  There may have been couple of
23    people who stayed on in California.
24         Q     Okay.  And for all the other people who
25    didn't stay on with Representative Conway, is it
```

```
 1   your understanding that all of their

 2   communications, email accounts, documents were all

 3   deleted?

 4        A     I assume so per normal House protocol.

 5        Q     Okay.

 6        A     Also Jennifer Morrow stayed on with

 7   Connie Conway.

 8        Q     Okay.  Mr. Nunes -- are you aware that

 9   Mr. Nunes filed a number of defamation lawsuits

10   while he was a sitting congressman?

11        A     Yes, I'm generally aware.

12        Q     Okay.  At any point in time, did he

13   direct you to preserve documents in relation to

14   those lawsuits?

15        A     Not that I can recall.  Like I said, he

16   asked us to retain his schedule in case he needed

17   it for litigation.  But beyond that, I don't

18   believe so.

19        Q     And -- okay.  Do you recall him asking

20   any staffers to preserve documents in relation to

21   those litigations that he filed while he was a

22   sitting congressman?

23        A     Not that I know of.

24        Q     And the same question with respect to

25   this lawsuit.  Are you aware of him providing
```

```
 1   instructions to preserve documents to any staffers
 2   in his congressional office in relation to this
 3   lawsuit?
 4        A    Not that I can recall.
 5        Q    And are you aware that -- of whether he
 6   provided any document preservation notice to
 7   anyone who worked for him in -- as an HPSCI
 8   staffer in relation to this lawsuit?
 9        A    I don't know.
10        Q    Okay.  And just to confirm, you
11   previously testified that staffers regularly
12   communicated by email and text message while he
13   was in office; is that correct?
14        A    With each other, you mean?
15        Q    With each other, yes.
16        A    Yeah.
17        Q    Okay.  And with the congressman?
18        A    Most of the staff communicated with the
19   congressman via text message, phone call or in
20   person.
21        Q    And you -- okay.
22             And none of them were instructed to
23   preserve text messages in relation to this
24   litigation; is that correct?
25        A    Not that I know of.
```

 1        Q    Okay.  Notwithstanding his -- the lack
 2   of direction from Mr. Nunes, did you preserve any
 3   documents from his congressional office?
 4        A    I think there were a few that I saved,
 5   like, relevant to the work I was kind of most
 6   proud of.  But other than that, no.
 7        Q    Nothing in relation -- that relates to
 8   this litigation; is that fair?
 9        A    Not that I know of.
10        Q    Okay.  Did any lawyers supervise the
11   winding-up process of Mr. Nunes' office?
12        A    You mean the winding down?
13        Q    Yes, the winding-down process.  Sorry.
14        A    No, that's not typical.  It's usually
15   the Clerk of the House that oversees that.
16        Q    Okay.  Was there a lawyer -- and I'm
17   taking a step back.  This is just -- strike that.
18             Was there a lawyer that worked out of
19   Congressman Nunes office at any time?
20        A    Out of our personal office?
21        Q    Yes, the -- the congressional office.
22        A    I don't know that anyone had a law
23   degree.
24        Q    Okay.  But there wasn't anyone on your
25   staff who was, you know, advising the congressman

```
 1               CERTIFICATE OF NOTARY PUBLIC

 2

 3          I, Robert Calvert, Notary Public for the

 4   State of New York, do hereby certify that the

 5   foregoing witness came before me on October 25,

 6   2023, and placed under oath for the testimony

 7   provided.

 8            I am neither counsel for, related to,

 9   nor employed by any of the parties to this case

10   and have no interest, financial or otherwise, in

11   its outcome.

12

13

14

15

16   Sworn and subscribed to before me this

17   8th day of November, 2023.

18

19

20   _____
          *Robert Calvert*

21   NOTARY PUBLIC

22

23

24

25
```