Chase Declaration

Exhibit 8





**Mark** ›

Tue, Nov 29 at 3:37 PM

A federal judge ruled on Monday that Devin Nunes, an ally of former President Donald Trump and former California congressman, can sue NBC Universal for defamation. https://t.co/6GbVDzg47P


**Breitbart News**
twitter.com

!!!

Maddow said he refused to give the package from Derkach to the FBI. Problem is he gave it to FBI without even opening it. So Maddow is in a little trouble here.



Ooh

HIGHLY CONFIDENTIAL – COUNSEL'S EYES ONLY

Dx
Exhibit No. 13
Date: 1-1-24
T. Alfaro

PX 961

Devin >

Aug 7, 2020 at 4:22 PM

**Mentions Derkach:**



**Statement by NCSC Director William Evanina: Election Threat Update...**

odni.gov

PX 962

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



  

Devin >

WaPo story is out. Focuses on Johnson and Grassley investigations. Here's the only mentions of you:

And another Ukrainian releasing tapes, former prosecutor Kostiantyn Kulyk, last year made contact with the staff of Rep. Devin Nunes (Calif.), the top Republican on the House Intelligence Committee, according to documents released during the impeachment probe and interviews with Lev Parnas, Giuliani's former associate.

. . . In recent months, Derkach has been publishing portions of the tapes — which are unverified and appear to be heavily edited — during joint

HIGHLY CONFIDENTIAL COUNSEL'S EYES ONLY

PX 963

Devin

And another Ukrainian releasing tapes, former prosecutor Kostiantyn Kulyk, last year made contact with the staff of Rep. Devin Nunes (Calif.), the top Republican on the House Intelligence Committee, according to documents released during the impeachment probe and interviews with Lev Parnas, Giuliani's former associate.

. . . In recent months, Derkach has been publishing portions of the tapes — which are unverified and appear to be heavily edited — during joint news conferences with Kulyk, the former Ukrainian prosecutor who was introduced to Nunes's staff by Parnas last year.

iMessage

Devin >

Got email from Michael Warren of CNN on Dec 11 asking if we received Derkach letter. Received same question from Vera Bergengruen of Time on Jan 14, who included a copy of a letter she said Derkach had claimed he sent us.

PX 965





RS

Rowan

Natasha. sen. report says Wyden Schiff provided press false info on Gras. John. probe like this story

232 See Natasha Bertrand, Andrew Desiderio, and Kyle Cheney, Democrats: Packets sent to Trump allies are Part of Foreign Plot
to Damage Biden, POLITICO (July 23, 2020), https:// www.politico.com/news/ 2020/07/23/democrats- letters-to-trump-allies- areforeign-
plot-to-damage- biden-380217; As the Chairmen have repeatedly said, they and their staff have not received, relied upon, or solicited information from Derkach.

PX 966

  

Rowan ⟩

232 See Natasha Bertrand, Andrew Desiderio, and Kyle Cheney, Democrats: Packets sent to Trump allies are Part of Foreign Plot
to Damage Biden, POLITICO (July 23, 2020), https://www.politico.com/news/2020/07/23/democrats-letters-to-trump-allies-areforeign-
plot-to-damage-biden-380217; As the Chairmen have repeatedly said, they and their staff have not received, relied upon, or solicited information from Derkach.
233 Letter from Ranking Member Ron Wyden

PX 967

  

Devin

Jul 30, 2020 at 4:43 PM

Kyle Cheney poking around for another story on Derkach package. Looks like he doesn't have much beyond Breitbart piece and newly released transcript of our business meeting.

I

He has plenty

I'm sure

PX 968

Devin

Got email from Michael Warren of CNN on Dec 11 asking if we received Derkach letter. Received same question from Vera Bergengruen of Time on Jan 14, who included a copy of a letter she said Derkach had claimed he sent us.

PX 969





7    D

Devin

Just got this from Kyle Cheney:

Hi Jack -- I hope you're well. We received information that Congressman Nunes was in receipt of a package of materials from Andrii Derkach that may have included tapes or other derogatory information about Joe Biden. This package, along with others sent to several Republican members of Congress, were referenced in Speaker Pelosi and Leader Schumer's classified letter to the FBI yesterday. I was curious if he recalled receiving this package and what he did with it when it arrived.

PX 970



Devin

that may have included tapes or other derogatory information about Joe Biden. This package, along with others sent to several Republican members of Congress, were referenced in Speaker Pelosi and Leader Schumer's classified letter to the FBI yesterday. I was curious if he recalled receiving this package and what he did with it when it arrived. Democrats seem to be suggesting the material is part of a foreign influence operation aimed at the 2020 election. I am unaware of their basis for this, but I'm curious if the congressman shares their concern.

PX 971

LOL of course