Chase Declaration

Exhibit 11



EXHIBIT 30
2-8-24

## REDACTION CODES

F. ADMINISTRATIVELY DESIGNATED FBI FILE NUMBERS, WHICH REPRESENT INDIVIDUALS OR MATTERS WHICH ARE NOT THE SUBJECT OF THIS FILE.

G. THE LAW ENFORCEMENT PRIVILEGE - THE DISCLOSURE OF THIS INFORMATION COULD CAUSE HARM TO, IMPEDE, IMPAIR, OR HINDER AN INVESTIGATION AND/OR AN INVESTIGATIVE INTEREST OF THE FBI.

P. THE PRIVACY ACT OF 1974, 5 U.S.C. ' 552a.

FD-302 (Rev. 5-8-10)

-1 of 1-

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry   01/09/2020

On 1/8/2020, Nicholas A. Ciarlante, Republican Budget Director & Investigations Coordinator, U.S. House of Representatives Permanent Select Committee on Intelligence (HPSCI), contacted the undersigned, SSA ███ (P) ███, Jay Bratt (DOJ-NSD), and ███ P ███ (DOJ- Office of Legislative Affairs) via email advising Representative Devin Nunes received additional records via mail (see FD-302 of meeting with FBI/DOJ on 12/19/2019). The records were picked up from Ciarlante by SSA ███ P ███ and delivered to the undersigned.

The records include a cover letter dated 12/17/2019 from Andrii Derkach, Member of the Parliament of Ukraine, to Nunes. Included are 5 categories of documents, listed as:



The records were included in a DHL shipment envelope and internal envelope, and were opened, inspected, and resealed by the House mail clearing service. The cover letter and attachments are attached hereto in PDF, and all original records maintained in the 1A envelope. Email correspondence from Ciarlante is included therein.

| | |
|---|---|
| Investigation on  01/08/2020  at Washington, District Of Columbia, United States (In Person) | |
| File # ███ F ███ , ███ F ███ | Date drafted  01/08/2020 |
| by ███ P ███ | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Confidential

FBI002