

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Elizabeth A. McNamara**
212-489-8230 tel
212-489-8340 fax

lizmcnamara@dwt.com

February 12, 2025

**VIA ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

       Re:    *Nunes v. NBCUniversal Media, LLC,* Case No. 22-cv-1633 (PKC)

Dear Judge Castel:

      We are counsel to Defendant NBCUniversal Media, LLC ("NBCU") in this action.

      We write pursuant to Rule 3.F of the Court's Individual Practices to request oral argument on NBCU's Motion for Summary Judgment (Dkt. 141).

      Thank you for your consideration.

                  Respectfully submitted,

                  By: */s/ Elizabeth A. McNamara*
                  Elizabeth A. McNamara
                  Jeremy A. Chase
                  Alexandra M. Settelmayer
                  DAVIS WRIGHT TREMAINE LLP
                  1251 Avenue of the Americas 21st Floor
                  New York, NY  10020-1104
                  Phone: (212) 489-8230
                  Fax:    (212) 489-8340
                  Email: lizmcnamara@dwt.com
                       jeremychase@dwt.com
                       alexandrasettelmayer@dwt.com

                  *Attorneys for Defendant NBCUniversal Media, LLC*

cc:     Counsel of record (via ECF)

**DWT.COM**

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.