**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
DEVIN NUNES,

               Plaintiff,

-against-                               225 **CIVIL** 1633 (PKC)

                                                **JUDGMENT**

NBCUNIVERSAL MEDIA, LLC,

               Defendant.
---------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 1, 2025, NBCU's motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      August 4, 2025

                                               **TAMMI M. HELLWIG**
                                               **Clerk of Court**

                         **BY:**

                                               **Deputy Clerk**