UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVIN NUNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-1633-PKC-SN |
| ) | |
| NBCUNIVERSAL MEDIA, LLC, ) | |
| ) | |
| Defendant. ) | |

Notice is hereby given that Plaintiff Devin Nunes, hereby appeals to the United States Court of Appeals for the Second Circuit from the August 4, 2025, Opinion and Order, and Judgment (Dkt. Nos. 162–63) granting Defendant's Motion for Summary Judgment and entering judgment for the Defendant.

Dated: September 3, 2025               Respectfully submitted,

/s/ Jason C. Greaves
Jason C. Greaves, *pro hac vice*
Jesse R. Binnall, *pro hac vice*
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
jesse@binnall.com

## CERTIFICATE OF SERVICE

 I certify that on September 3, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

                 */s/ Jason Greaves*
                 Jason Greaves, *pro hac vice*